**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Augustus Intelligence Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2737374** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1 World Trade Center**<br>**77th Floor**<br>**Suite D**<br>**New York, NY 10007**<br>Number, Street, City, State & ZIP Code | **Augustus Intelligence, Inc.**<br>**c/o Genevieve Lazarus**<br>**74-48 65th Street, #1**<br>**Ridgewood, NY 11385**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Augustus Intelligence Inc.**                                   Case number (*if known*) _____
         Name

7.  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     5112

---

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

---

Debtor    **Augustus Intelligence Inc.**                                    Case number (*if known*) _____
_____ Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

**■■■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Augustus Intelligence Inc.**
Name

Case number (*if known*)

☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Augustus Intelligence Inc.** | Case number (*if known*) | |
| | Name | | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/24/2021
_____
MM / DD / YYYY

X    */s/ Emmet Keary*    **Emmet Keary**
_____    _____
Signature of authorized representative of debtor    Printed name

Title    **President/General Counsel**
_____

**18. Signature of attorney**

X    */s/ Bryan J. Hall*    Date    04/24/2021
_____    _____
Signature of attorney for debtor    MM / DD / YYYY

**Bryan J. Hall**
_____
Printed name

**Archer & Greiner, P.C.**
_____
Firm name

**300 Delaware Avenue**
**Suite 1100**
**Wilmington, DE 19801**
_____
Number, Street, City, State & ZIP Code

Contact phone    **302-356-6625**    Email address    **bjhall@archerlaw.com**

**6285 DE**
_____
Bar number and State

## AUGUSTUS INTELLIGENCE INC.
Unanimous Written Consent of the Board of Directors

April 22, 2021

The undersigned, constituting all of the members of the Board of Directors (the "***Board***") of Augustus Intelligence Inc., a Delaware corporation (the "***Company***"), by unanimous consent in writing, in accordance with the Company's By-Laws, as amended, and Certificate of Incorporation, do hereby consent to the following actions of the Company:

**WHEREAS,** the Board has reviewed and considered the Company's financial and operational condition, level of working capital and liquid assets, other unencumbered assets, historical performance and current and long-term liabilities, as well as relevant industry and credit market conditions, and have considered various alternatives in respect of such matters;

**WHEREAS**, the Company's chief executive officer, chief restructuring officer, controller, and general counsel are authorized to take action on behalf of the Board pursuant to these Resolutions (each in such capacity, an "***Authorized Officer***"); and

**WHEREAS,** the Board has received, reviewed, and considered the recommendations of, and the materials presented by, the senior management and the Company's legal, financial, and other outside professional advisors as to the financial condition of the Company and the relative risks and benefits of pursuing a case under the provisions of Chapter 11, Subchapter V, of title 11 of the United States Code (the ***"Bankruptcy Code"***)

**NOW, THEREFORE, IT IS:**

1.      <u>Retention of</u> Professionals

**RESOLVED,** that the Company, be, and hereby is, authorized and directed to employ the law firm Hahn & Hessen LLP as Chapter 11 co-counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code or in the Company's Chapter 11 case (the ***"Chapter 11 Case"),*** and to take any and all actions to advance the Company's rights and obligations in the Chapter 11 Case and all related matters, and any such prior actions are hereby ratified in their entirety;

**RESOLVED,** that the Company, be, and hereby is, authorized and directed to employ the law firm of Archer & Greiner P.C. as Chapter 11 co-counsel to represent and assist the Company in carrying out their duties under the Bankruptcy Code or in the Chapter 11 Case, and to take any and all actions to advance the Company' rights and obligations in the Chapter 11 Case and all related matters, and any such prior actions are hereby ratified in their entirety;

**RESOLVED,** that the Company, be, and hereby is, authorized and directed to employ Stretto as claims, noticing, and solicitation agent in connection with the Chapter 11 Case and all related matters, and any prior actions taken in connection therewith are hereby ratified in their entirety;

**RESOLVED,** that the Company, be, and hereby is, authorized and directed to employ Ryniker Consultants, LLC, as financial advisor ("*RCLLC*") in connection with the Chapter 11 Case and all related matters, and any prior actions taken in connection therewith are hereby ratified in their entirety, including entry into an agreement (the *"CRO Agreement"*) among the Company and RCLLC, to provide management services to the Company;

**RESOLVED,** that the Company, be, and hereby is, authorized and directed in the name and on behalf of the Company to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code or in the Chapter 11 Case, and all related matters and to take any and all actions to advance the Company' rights and obligations in connection therewith; and

**RESOLVED,** that the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of the foregoing professionals, as necessary.

2.    **Chief Restructuring Officer**

**RESOLVED**, that, consistent with the terms of the CRO Agreement, RCLLC be, and hereby is, retained to provide the Company with a Chief Restructuring Officer (the *"CRO"),* who shall be Mr. Brian Ryniker, and any prior actions taken in connection therewith are hereby ratified in their entirety; and

**RESOLVED,** that, consistent with the terms of the CRO Agreement, RCLLC is authorized to assign additional personnel to support the CRO and the Company, serve in various capacities with the Company and to perform other services required of RCLLC pursuant to the CRO Agreement.

3.    **Debtor-in-Possession Financing**

**RESOLVED,** that in connection with the Chapter 11 Case, it is in the best interests of the Company to engage in, and the Company will obtain benefits from, the lending transaction under a senior secured debtor-in-possession loan facility in an aggregate amount not to exceed $2,000,000 (the *"DIP Financing")* to be evidenced by that certain senior secured super-priority debtor-in-possession loan agreement (together with the exhibits and schedules attached thereto, the *"DIP Loan Agreement")* among the Company and AI Loan Company, LLC (the "*DIP Lender*"), substantially in the form presented to the Board on or in advance of the date hereof, subject to approval by the Bankruptcy Court, and the Board acknowledges and agrees that the transactions contemplated by these resolutions are necessary and appropriate to the conduct, promotion, and attainment of the business of the Company;

**RESOLVED**, that the Company be, and it hereby is, authorized to secure the payment and performance of the obligations under the DIP Loan Agreement by (a) pledging to the DIP Lender under the DIP Loan Agreement or granting to DIP Lender a lien, mortgage, and/or security interest

in, all or any portion of the Company's property or interests in property as set forth in the DIP Loan Agreement, any related orders to be entered by the Bankruptcy Court (the **"DIP Orders"),** or any other agreements or documents related thereto and (b) entering into the DIP Loan Documents (as defined in the DIP Loan Agreement), any promissory notes, deeds of trust, mortgages, deeds to secure debt, security agreements, pledge agreements, assignments of leases and rents, assignments, guaranties, subordination agreements, intercreditor agreements, agreements with third parties (including, without limitation, lockbox agreements, cash management agreements and deposit account control agreements) relating to the collateral, indemnity agreements and other agreements (including, without limitation, certificates, affidavits, financing statements, applications, notices and other agreements or instruments of any kind or nature whatsoever authorized, executed, delivered, reaffirmed, verified and/or filed in connection with the DIP Financing) as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, these resolutions in such form and having such terms and conditions as are approved or deemed necessary, appropriate or desirable by the Board or Authorized Officer executing the same (collectively with the DIP Loan Agreement and the DIP Orders, the **"DIP Documents"),** the execution thereof by the Board or Authorized Officer to be conclusive evidence of such approval or determination;

**RESOLVED**, that the Board is, and any Authorized Officer is, hereby authorized, empowered, and directed, to negotiate and approve the terms, provisions of, and performance of, and to prepare, execute, and deliver the DIP Documents to which the Company is a party, and such other documents, agreements, instruments, and certificates as may be required;

**RESOLVED**, that the Company is authorized to request extensions of credit and borrow under the DIP Loan Agreement and undertake any and all related transactions contemplated under the DIP Documents, including the granting of security thereunder;

**RESOLVED**, that any Authorized Officer is, hereby authorized to grant security interests in, and liens on, any and all property of the Company as collateral pursuant to the DIP Documents to secure the Company's obligations and liabilities under the DIP Documents;

**RESOLVED**, that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the DIP Documents, which shall, in such Authorized Officer's sole judgment, be necessary, desirable, proper or advisable.

## 4.    Commence Chapter 11 Case

**RESOLVED,** that the Board has determined, after consultation with management and its legal and financial advisors, that it is desirable and in the best interests of the Company, its creditors, equity holders, and other parties-in-interest that a petition be filed by the Company seeking relief under the provisions of Subchapter V of Chapter 11 of title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court");**

**RESOLVED,** that the CRO be, and hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, motions, lists, applications, pleadings, and other papers in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which the CRO deems necessary, proper, or desirable in connection with the Chapter 11 Case, including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with the transactions and professional retentions set forth in these resolutions, with a view to the successful prosecution of the Chapter 11 Case.

5.    <u>**General Provisions**</u>

**RESOLVED,** that any terms in the Company's subsidiary's organizational documents providing for the dissolution or winding up upon the bankruptcy or dissolution of the Company are not operative, and the Company's organizational documents hereby are amended to provide that the bankruptcy or dissolution of the Company, or any other event related to the commencement of the Chapter 11 Case, shall not cause the Company or any of its subsidiaries to be dissolved or its affairs to be wound up, and that upon the occurrence of any such event, the Company and each of its subsidiaries shall continue without dissolution;

**RESOLVED,** that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company and each of its subsidiaries, or hereby waives any right to have received such notice;

**RESOLVED,** that all actions heretofore taken by any Authorized Officer or other representative, counsel, agent or advisor of the Company, in connection with any matter referred to in any of the foregoing resolutions (including, signing and executing contracts, documents and other instruments) are hereby approved, ratified and confirmed in all respects; and

**RESOLVED,** that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer be, and hereby is, authorized and empowered, in the name of and on behalf the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in the Authorized Officer's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

*[Signature Page Follows]*

Kathleen Barnett Einhorn

Stefan Liechtenstein

Ronald S. Rolfe

Wilko von Pelchrzim

**Fill in this information to identify the case:**

Debtor name  **Augustus Intelligence Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/24/2021        X   */s/ Emmet Keary*
                                    Signature of individual signing on behalf of debtor

                                    **Emmet Keary**
                                    Printed name

                                    **President/General Counsel**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Augustus Intelligence Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Armstrong Teasdale 2005 Market Street Suite 2900 Philadelphia, PA 19103 | accountinginfo@armstrongteasdale.com | Legal counsel | | | | $636,242.00 |
| R. Bankes 1 Stephen Street London W1T 1AL United Kingdom | +44-7849-631036 | Brand development fees | | | | $354,876.72 |
| One World Trade Center LLC One Bryant Park, 48th Floor New York, NY 10036 | KKuznick@durst.org | WTC Rent | | | | $169,377.59 |
| Mena - WHO 9454 Wilshire Boulevard Beverly Hills, CA 90212 | +971.477.3185 | Mobilization budget provider | | | | $120,000.00 |
| O'Toole Scrivo, LLC 14 Village Park Road Cedar Grove, NJ 07009 | jdigiulio@oslaw.com 973-979-8131 | Board legal counsel | | | | $97,815.00 |
| Josef Broich Bockenheimer Landstrasse 2-4 Frankfurt am Main D-60306 Germany | vmeyer@broich.de | Board Counsel | | | | $85,538.53 |
| Symphony Group Kolodvorska 11a Sarajevo Sarajevo, 71000 Bosnia and Herzegovina | invoices@symphony.is | Tech consulting | | | | $77,025.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Augustus Intelligence Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pacific Eagle Holdings Limited EUR Suite 1607, 16/F, Dominion Centre 43-59 Queen's Road East Hong Kong Hong Kong** | shelley@aicapital.ai | **Consulting Services** | | | | $58,151.03 |
| **Kaiser Dillon PLLC 1099 14th Street Northwest 8th Floor West Washington, DC 20005** | billing@kaiserdillon.com | **Legal Investigation - Ramsey Taylor** | | | | $55,646.16 |
| **Kaplan, Hecker & Fink LLP 350 Fifth Avenue Suite 7110 New York, NY 10118** | 929-284-2426 | **Legal counsel - Pascal Wienberger** | | | | $52,145.00 |
| **Stride Consulting LLC 127 W. 26th St. #1201 New York, NY 10001** | ar@stride,nyc | **Tech consulting** | | | | $48,697.95 |
| **Rodl & Partner Aeussere Sulzbacher Strasse 100 Nuremberg 90491 Germany** | info@roedle.de | **German Auditing Services** | | | | $39,624.17 |
| **Anakin Design Studios Salzburger Str. 15 Waging am See 83329 Germany** | hello@anakin.co | **Website development** | | | | $34,547.25 |
| **Law Offices of Navid Aminzadeh 950 Third Avenue Suite 901 New York, NY 10022** | sabrina@navidlaw.com | **Sublease legal counsel** | | | | $30,360.00 |
| **Reinhardt LLP 200 Liberty Street 27th Floor New York, NY 10281** | cg@reinhardtllp.com | **General counsel** | | | | $23,417.50 |
| **Ulrich Stockheim Communications 7 Muehlengasse Cologne, North Rhine-Westphalia 50667 Germany** | us@us-communications.de | **Board consultant** | | | | $19,912.63 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Augustus Intelligence Inc.** | | Case number *(if known)* | | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fallon, Bixby, Cheng & Lee, Inc. 130 Battery St. Suite 550 San Francisco, CA 94111** | **415-781-2338** | **Legal immigration services related to Hadrien Cornier** | | | | **$18,877.38** |
| **Roland Berger Holding 1 Sederanger Munich, Bavaria 80538 Germany** | **noemail@augustus ai.com** | **N/A** | | | | **$18,368.85** |
| **Athorus, PLLC 125 316th St. NW Stanwood, WA 98292** | **amanda.vanderwel @athorus.com 206-466-9596** | **Legal counsel** | | | | **$11,325.00** |
| **Regus CME Ireland LTD 28-32 Upper Pembroke St. Dublin Dublin 2, Ireland** | **dublin.pembrokeho use.regus.com** | **Co-working space** | | | | **$9,857.47** |

# United States Bankruptcy Court
## District of Delaware

In re  **Augustus Intelligence Inc.**                                                                 Case No. _____

                                                   Debtor(s)         Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President/General Counsel of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    04/24/2021                                     */x/ Emmet Keary*

                                                   **Emmet Keary**/**President/General Counsel**
                                                   Signer/Title

ANAKIN DESIGN STUDIOS
SALZBURGER STR. 15
WAGING AM SEE
83329 GERMANY

ARMSTRONG TEASDALE
2005 MARKET STREET
SUITE 2900
PHILADELPHIA, PA 19103

ATHORUS, PLLC
125 316TH ST. NW
STANWOOD, WA 98292

AUGUSTUS INTELLIGENCE FRANCE
16 COURS ALBERT 1ER
75008 PARIS, FRANCE

BALDASSARE & MARA, LLC
100 CHURCH STREET, 8TH FLOOR
NEW YORK, NY 10007

BENNET THRASHER LLP
3300 RIVERWOOD PARKWAY, SUITE 700
ATLANTA, GA 30339

BRIOCH PARTNERSCHAFT
BOCKENHEIMER LANDSTRASSE 2-4
D-60306 FRANKFURT AM MAIN
GERMANY

BROCK CPA
50 N. LAURA ST., #150
JACKSONVILLE, FL 32202

BUSINESS INTELLIGENCE ASSOCIATES, INC.
39 BROADWAY, 26TH FLOOR
NEW YORK, NY 10006

CAROL ENGEL
211 E. 77TH ST.
NEW YORK, NY 10075

CENTRE MEDICO SOCIAL MONTESQUIEU
8 RUE MONTESQUIEU
75001 PARIS, FRANCE

COGENT COMMUNICATIONS, INC.
P.O. BOX 791087
BALTIMORE, MD 21279-1087

ERICKSON IMMIGRATION GROUP, P.C.
2101 WILSON BLVD., SUITE 1100
ARLINGTON, VA 22201

FALLON, BIXBY, CHENG & LEE, INC.
130 BATTERY ST.
SUITE 550
SAN FRANCISCO, CA 94111

GMBA WALTER ALLINIAL
31-35 RUE DE LA FEDERATION
PARIS 75015, FRANCE

INTEGRATED COUNSEL, A SPAETH LEEK PLLC
451 BELLFLOWER COURT
ROSWELL, GA 30076


J. PALMER BROWN CONSULTING
1130 UNIVERSITY BLVD., UNIT B9 607
TUSCALOOSA, AL 35401


JEANNE DIESTELDORF
34 SOMMERRINGSTRASSE
D-60322 FRANKFURT AM MAIN, GERMANY


JOSEF BROICH
BOCKENHEIMER LANDSTRASSE 2-4
FRANKFURT AM MAIN
D-60306 GERMANY


KAISER DILLON PLLC
1099 14TH STREET NORTHWEST, 8TH FLOOR
WASHINGTON, DC 20005


KAPLAN, HECKER & FINK LLP
350 FIFTH AVENUE
SUITE 7110
NEW YORK, NY 10118


KASHI INVESTMENTS LLC
9454 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212


LAW OFFICES OF NAVID AMINZADEH
950 THIRD AVENUE
SUITE 901
NEW YORK, NY 10022


LITTLER MENDELSON, P.C.
1300 SW 5TH AVENUE, SUITE 2050
PORTLAND, OR 97201


MEDIANT COMMUNICATIONS INC.
P.O. BOX 75185
CHICAGO, IL 60675-5185


MENA - WHO
9454 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212


O'TOOLE SCRIVO, LLC
14 VILLAGE PARK ROAD
CEDAR GROVE, NJ 07009


OLIV LLC
OFFICE 2901, TAMEEM HOUSE
BARSHA HEIGHTS, DUBAI
UNITED ARAB EMIRATES


ONE WORLD TRADE CENTER LLC
ONE BRYANT PARK, 48TH FLOOR
NEW YORK, NY 10036

PACIFIC EAGLE HOLDINGS LIMITED EUR
SUITE 1607, 16/F, DOMINION CENTRE
43-59 QUEEN'S ROAD EAST HONG KONG
HONG KONG

PATENT LAW WORKS, LLP
310 EAST 4500 SOUTH, SUITE 400
SALT LAKE CITY, UT 84107

R. BANKES
1 STEPHEN STREET
LONDON W1T 1AL
UNITED KINGDOM

REGUS CME IRELAND LTD
28-32 UPPER PEMBROKE ST.
DUBLIN
DUBLIN 2, IRELAND

REGUS CME IRELAND LTD
REGUS HOUSE, HARCOURT CENTRE
HARCOURT ROAD
DUBLIN D02 HW77/REPUBLIC OF IRELAND

REINHARDT LLP
200 LIBERTY STREET
27TH FLOOR
NEW YORK, NY 10281

RESOLUTION IT MEA DMCC
OFFICE 2306, ONE LAKE PLAZA
JUMEIRAH LAKE TOWER, DUBAI
UNITED ARAB EMIRATES

RODL & PARTNER
AEUSSERE SULZBACHER STRASSE 100
NUREMBERG
90491 GERMANY

ROLAND BERGER HOLDING
1 SEDERANGER
MUNICH, BAVARIA
80538 GERMANY

STRIDE CONSULTING LLC
127 W. 26TH ST.
#1201
NEW YORK, NY 10001

SUITLESS INC.
P.O. BOX 96503 #33237
WASHINGTON, DC 20090

SYMPHONY GROUP
KOLODVORSKA 11A
SARAJEVO
SARAJEVO, 71000 BOSNIA AND HERZEGOVINA

THE COMPUTER FORENSICS PRACTICE, LLC
P.O. BOX 2201
PRINCETON, NJ 08543

ULRICH STOCKHEIM COMMUNICATIONS
7 MUEHLENGASSE
COLOGNE, NORTH RHINE-WESTPHALIA
50667 GERMANY

WAALA LAW PLLC
2124 NORTH 2ND STREET
PHILADELPHIA, PA 19122

WTC TOWER 1 LLC
C/O ROYAL WTC MANAGEMENT LLC
ONE BRYANT PARK, 49TH FLOOR
NEW YORK, NY 10036

# United States Bankruptcy Court
## District of Delaware

In re    **Augustus Intelligence Inc.**                                    Case No.

                                    Debtor(s)                    Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Augustus Intelligence Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


04/24/2021                              */s/ Bryan J. Hall*

Date                                    **Bryan J. Hall**
                                        Signature of Attorney or Litigant
                                        Counsel for    **Augustus Intelligence Inc.**
                                        **Archer & Greiner, P.C.**
                                        **300 Delaware Avenue**
                                        **Suite 1100**
                                        **Wilmington, DE 19801**
                                        **302-356-6625 Fax:302-777-4352**
                                        **bjhall@archerlaw.com**

# Augustus Intelligence, Inc

Profit and Loss

March 2021

| | TOTAL |
|---|---:|
| Income | |
| 4050 Other Income | 58,544.78 |
| **Total Income** | **$58,544.78** |
| GROSS PROFIT | **$58,544.78** |
| Expenses | |
| 6030 Bank Charges & Fees | 605.88 |
| 6050 Equity Fees | 317.55 |
| 6200 Computer Hardware | 1,972.64 |
| 6250 Repairs & Maintenance | 834.74 |
| 6500 Office Supplies | 1,898.63 |
| 6525 Software & Licensing | 13,166.48 |
| 6750 Legal & Professional Services | |
| 6751 Recruitment | 52.18 |
| 6752 Legal | 425,000.00 |
| 6753 Consultant Services | 99,893.57 |
| 6754 Accounting Services | 110,904.02 |
| **Total 6750 Legal & Professional Services** | **635,849.77** |
| 6800 Insurance | |
| 6801 Company Liability Insurance | 618.40 |
| 6802 Management Liability Insurances | 2,197.42 |
| **Total 6800 Insurance** | **2,815.82** |
| 6900 Meals | 151.01 |
| 6950 Travel | |
| 6953 Rideshare | 77.92 |
| **Total 6950 Travel** | **77.92** |
| 7100 Payroll Expense | |
| 7107 Payroll Fee | 553.00 |
| 7112 Workers Comp Insurance | 136.53 |
| 7114 Employment Practices Liability Ins. | 38.08 |
| 7115 Salary & Wages Executive | 107,208.03 |
| 7116 Salary & Wages Tech | 38,750.00 |
| 7117 Salary & Wages Finance | 5,833.34 |
| 7119 Salary & Wages Marketing | 5,000.00 |
| 7121 Salary & Wages General & Admin | 9,924.85 |
| 7135 Payroll Taxes Exec | 4,480.84 |
| 7136 Payroll Taxes Tech | 3,783.88 |
| 7137 Payroll Taxes Finance | 446.24 |
| 7139 Payroll Taxes Marketing | 768.02 |
| 7141 Payroll Taxes General & Admin | 9.77 |
| 7155 Medical Dental Vision Exec | 8,421.66 |
| 7156 Medical Dental Vision Tech | 990.54 |

# Augustus Intelligence, Inc

Profit and Loss

March 2021

|  | TOTAL |
|---|---|
| 7157 Medical Dental Vision Finance | 776.67 |
| **Total 7100 Payroll Expense** | **187,121.45** |
| 7200 Facilities |  |
| 7201 Rent OWTC 77D | 22,433.73 |
| 7205 Coworking Space | 1,628.24 |
| 7208 Dubai Office | 6,482.66 |
| **Total 7200 Facilities** | **30,544.63** |
| 7450 Reimbursable Expenses | 20,141.75 |
| 7500 Utilities |  |
| 7501 Phone | 748.14 |
| **Total 7500 Utilities** | **748.14** |
| 7650 Other Business Expenses | 438.09 |
| 7660 Postage and Delivery Fee | 2,765.76 |
| 8200 Taxes & Licenses | 19.48 |
| **Total Expenses** | **$899,469.74** |
| NET OPERATING INCOME | $ -840,924.96 |
| Other Income |  |
| 7900 Interest Income | 1,339.07 |
| **Total Other Income** | **$1,339.07** |
| Other Expenses |  |
| 7655 Depreciation Expense |  |
| 7656 Depreciation Expense - Office Furniture | 3,102.72 |
| 7657 Depreciation Expense - Computer & Equipment | 8,208.08 |
| **Total 7655 Depreciation Expense** | **11,310.80** |
| 7700 Amortization Expense | 468.88 |
| 7950 Inc/Loss on Exchange Rate | 224.16 |
| One-Time Fees |  |
| 7990 Legal | 51,350.48 |
| **Total One-Time Fees** | **51,350.48** |
| **Total Other Expenses** | **$63,354.32** |
| NET OTHER INCOME | $ -62,015.25 |
| NET INCOME | $ -902,940.21 |

# Augustus Intelligence, Inc

Balance Sheet

As of March 31, 2021

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 1001 BOA- CASH PRO acct 1163 | 45,835.38 |
| 1002 Bank of America - 9039 | 0.00 |
| 1003 Petty Cash | 0.00 |
| 1004 Silicon Valley Bank - 0642 | 106,524.71 |
| 1005 Silicon Valley Bank -9854 | 32,624.73 |
| 1006 AXOS Bank- 3015 | 6.85 |
| 1007 AXOS Bank- 5659 | 5.38 |
| 1008 Silicon Valley Bank PPP - 6427 | 0.00 |
| 1072 Bill.com Money Out Clearing | 0.00 |
| **Total Bank Accounts** | **$184,997.05** |
| Accounts Receivable | |
| 1100 Accounts Receivable (A/R) | 0.00 |
| 1101 Other Receivable | 0.00 |
| **Total 1100 Accounts Receivable (A/R)** | **0.00** |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| 1140 Interest Receivable | 16,362.48 |
| 1150 Capital Subscription Receivable | 0.00 |
| 1160 Due from AC | 740,775.63 |
| 1310 Investments | |
| 1311 Wonder | 0.00 |
| 1312 Wish | 0.00 |
| 1313 Union Square Linens, LLC | 76,239.18 |
| 1314 Ripple | 0.00 |
| 1315 One Hope - Series I | 0.00 |
| 1317 Depot Global | 0.00 |
| 1318 Circle Internet | 0.00 |
| 1319 Augustus Italia, SRL | 38,007.23 |
| 1321 Augustus Intelligence, GmbH | 581,847.95 |
| 1322 Akorda Corporation | 0.00 |
| 1323 Augustus Intelligence, France | 2,191,176.22 |
| 1324 xBrainsoft | 1,586,968.66 |
| 1325 Augustus Commerce, LLC | 2,833,922.49 |
| 1326 North Shoreline Ventures | 0.00 |
| 1327 American Luggage Group | 0.00 |
| 1328 xBrain Inc | 515,258.90 |

# Augustus Intelligence, Inc

Balance Sheet

As of March 31, 2021

| | TOTAL |
|---|---|
| **Total 1310 Investments** | **7,823,420.63** |
| 1360 Prepaid Expenses | 83,154.09 |
| 1370 Deposits | 31,000.00 |
| 1375 Restricted Cash | 114,121.88 |
| 1610 Due To/From Union Square Linens | 0.00 |
| 1700 Employee Cash Advances | |
| 1701 Due from Luis Navia | 0.00 |
| 1702 Due from Daniel Bay | 122,668.78 |
| 1703 Due from Bill Webster | 33,074.96 |
| 1704 Due from CEB | 0.00 |
| 1705 Due from KT | 0.00 |
| 1706 Due from WH | 44,275.79 |
| **Total 1700 Employee Cash Advances** | **200,019.53** |
| **Total Other Current Assets** | **$9,008,854.24** |
| **Total Current Assets** | **$9,193,851.29** |
| Fixed Assets | |
| 1430 Office Furniture | 186,163.20 |
| 1440 Computer & Equipment | 299,072.96 |
| 1510 Accumulated Depreciation | |
| 1530 Accumulated Depreciation - Office Furniture | -53,897.95 |
| 1540 Accumulated Depreciation - Computer & Equipment | -132,161.15 |
| **Total 1510 Accumulated Depreciation** | **-186,059.10** |
| **Total Fixed Assets** | **$299,177.06** |
| Other Assets | |
| 1810 Security Deposits | 15,095.12 |
| 1820 Loan - Union Square Linens | 573,422.03 |
| 1821 Loan - xBrainsoft | 0.00 |
| 1870 Intangible Assets - Patents | 35,837.50 |
| 1880 Accumulated Amortization - Patents | -7,033.20 |
| **Total Other Assets** | **$617,321.45** |
| **TOTAL ASSETS** | **$10,110,349.80** |

# Augustus Intelligence, Inc

Balance Sheet

As of March 31, 2021

|  | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable (A/P) | 995,111.20 |
| 2010 Intercompany Payable - France | 0.00 |
| **Total Accounts Payable** | **$995,111.20** |
| Credit Cards | |
| 2020 CC Corp Acct # 2805 | |
| 2025 CC Bill Webster # 3585 | 369.25 |
| **Total 2020 CC Corp Acct # 2805** | **369.25** |
| 2030 AmEx Simplycash - Augustus | -10,578.26 |
| 2040 Main ACH # 4740 | 0.00 |
| 2050 Brex- Main Account | 17,048.13 |
| **Total Credit Cards** | **$6,839.12** |
| Other Current Liabilities | |
| 2013 Due to AI France | 421.42 |
| 2060 Expensify Payables | 0.00 |
| 2061 Rents in trust - Liability | 158,637.50 |
| 2065 Travel Bank Payables | 80.29 |
| 2070 Accrued Payables | 843,777.66 |
| 2072 Accrued Taxes | 13,853.84 |
| 2120 Due to Augustus Collective, LLC | 43,267.62 |
| 2130 Due to Augustus Italia | 0.00 |
| 2200 Accrued Payroll | |
| 2210 Accrued Salaries | -63,333.34 |
| 2220 Accrued Payroll Taxes | 4,197.43 |
| 2230 Accrued Medical/Dental/Vision | 0.00 |
| 2250 Accrued Bonus | 0.00 |
| 2260 Accrued Commissions | 0.00 |
| **Total 2200 Accrued Payroll** | **-59,135.91** |
| 2300 401(k) Deduction - Clearing | 14,850.60 |
| 2400 PPP Loan Payable | 653,112.00 |
| 2500 Deferred Rent | 92,294.37 |
| 2600 Insurance Payable | 0.00 |
| **Total Other Current Liabilities** | **$1,761,159.39** |
| **Total Current Liabilities** | **$2,763,109.71** |
| Long-Term Liabilities | |
| 2110 Wolfgang Haupt - Loan Payable | 0.00 |
| **Total Long-Term Liabilities** | **$0.00** |
| **Total Liabilities** | **$2,763,109.71** |

# Augustus Intelligence, Inc

Balance Sheet

As of March 31, 2021

| | TOTAL |
|---|---|
| Equity | |
| 3100 Common Stock | 1.00 |
| 3110 Class F Preferred Stock | 22.00 |
| 3120 Series Seed Preferred Stock | 32,685,670.74 |
| 3300 Additional Paid in Capital | 546,200.97 |
| 3320 Equity Issuance Fees | -26,031.00 |
| **Total 3300 Additional Paid in Capital** | **520,169.97** |
| 3600 Opening Balance Equity | 0.00 |
| 3900 Retained Earnings | -23,519,336.24 |
| Net Income | -2,339,287.38 |
| **Total Equity** | **$7,347,240.09** |
| **TOTAL LIABILITIES AND EQUITY** | **$10,110,349.80** |

# Augustus Intelligence, Inc

Statement of Cash Flows

March 2021

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -902,940.21 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 1100 Accounts Receivable (A/R) | 0.00 |
| 1140 Interest Receivable | -1,320.00 |
| 1360 Prepaid Expenses | 7,306.56 |
| 1530 Accumulated Depreciation:Accumulated Depreciation - Office Furniture | 3,102.72 |
| 1540 Accumulated Depreciation:Accumulated Depreciation - Computer & Equipment | 8,208.08 |
| 1880 Accumulated Amortization - Patents | 468.88 |
| 2000 Accounts Payable (A/P) | 178,168.18 |
| 2050 Brex- Main Account | 1,649.24 |
| 2065 Travel Bank Payables | 80.29 |
| 2070 Accrued Payables | 349,213.61 |
| 2300 401(k) Deduction - Clearing | 866.27 |
| 2600 Insurance Payable | 0.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **547,743.83** |
| **Net cash provided by operating activities** | **$ -355,196.38** |
| INVESTING ACTIVITIES | |
| 1321 Investments:Augustus Intelligence, GmbH | -8,291.70 |
| 1323 Investments:Augustus Intelligence, France | -109,122.31 |
| 1328 Investments:xBrain Inc | -35,000.00 |
| **Net cash provided by investing activities** | **$ -152,414.01** |
| NET CASH INCREASE FOR PERIOD | **$ -507,610.39** |
| Cash at beginning of period | 692,607.44 |
| CASH AT END OF PERIOD | **$184,997.05** |

Form **8879-C**

Department of the Treasury
Internal Revenue Service

### IRS e-file Signature Authorization for Form 1120

OMB No. 1545-0123

For calendar year 2019, or tax year beginning _____ , 2019, ending _____ , 20 _____

▶ **Do not send to the IRS. Keep for your records.**

▶ **Go to www.irs.gov/Form8879C for the latest information.**

**2019**

| Name of corporation | Employer identification number |
|---|---|
| AUGUSTUS INTELLIGENCE INC. | 83-2737374 |

| **Part I** | **Tax Return Information** (Whole dollars only) | | |
|---|---|---|---|
| 1 Total income (Form 1120, line 11) | | 1 | 1,321,246. |
| 2 Taxable income (Form 1120, line 30) | | 2 | −7,370,532. |
| 3 Total tax (Form 1120, line 31) | | 3 | |
| 4 Amount owed (Form 1120, line 35) | | 4 | |
| 5 Overpayment (Form 1120, line 36) | | 5 | |

| **Part II** | **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.** |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize **BENNETT THRASHER LLP** to enter my PIN [ ▮▮▮▮▮ ]
_____
ERO firm name                                                    do not enter all zeros
as my signature on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ▶ _____  Date ▶ _____  Title ▶ **OFFICER**

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [ ▮▮▮▮▮▮▮▮▮▮▮ ]
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____  Date ▶ 10/15/20

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**

Form **8879-C** (2019)

LHA

910211  10-31-19

# U.S. Corporation Income Tax Return

Form **1120**

Department of the Treasury
Internal Revenue Service

For calendar year 2019 or tax year beginning _____ , ending _____

OMB No. 1545-0123

**2019**

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

**A** Check if:
1a Consolidated return (attach Form 851) ......
1b Life/nonlife consolidated return ...
2 Personal holding co. (attach Sch. PH) ....
3 Personal service corp. (see instructions) ....
4 Schedule M-3 attached **X**

TYPE OR PRINT

Name
**AUGUSTUS INTELLIGENCE INC.**

Number, street, and room or suite no. If a P.O. box, see instructions.
**ONE WORLD TRADE CTR, 77TH FL, STE D**

City or town, state or province, country, and ZIP or foreign postal code
**NEW YORK , NY   10007**

**B** Employer identification number
**83-2737374**

**C** Date incorporated
**06/01/2015**

**D** Total assets (see instructions)
$ **21,450,547.**

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales | **1a** | 36,621. | |
| **b** Returns and allowances | **1b** | | |
| **c** Balance. Subtract line 1b from line 1a | | | **1c** 36,621. |
| **2** Cost of goods sold (attach Form 1125-A) | | | **2** 3,846. |
| **3** Gross profit. Subtract line 2 from line 1c | | | **3** 32,775. |
| **4** Dividends and inclusions (Schedule C, line 23) | | | **4** 36,959. |
| **5** Interest | | | **5** 227,698. |
| **6** Gross rents | | | **6** |
| **7** Gross royalties | | | **7** |
| **8** Capital gain net income (attach Schedule D (Form 1120)) | | | **8** |
| **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | **9** |
| **10** Other income (attach statement)          SEE STATEMENT 1 | | | **10** 1,023,814. |
| **11** **Total income.** Add lines 3 through 10 ▶ | | | **11** 1,321,246. |

Income

| | |
|---|---|
| **12** Compensation of officers (attach Form 1125-E) | **12** 202,950. |
| **13** Salaries and wages (less employment credits) | **13** 3,126,795. |
| **14** Repairs and maintenance | **14** 38. |
| **15** Bad debts | **15** |
| **16** Rents | **16** 562,708. |
| **17** Taxes and licenses          SEE STATEMENT 2 | **17** 276,655. |
| **18** Interest (see instructions) | **18** |
| **19** Charitable contributions  SEE STATEMENT 3   AND   SEE STATEMENT 4 | **19** 0. |
| **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **20** 36,144. |
| **21** Depletion | **21** |
| **22** Advertising | **22** 17,570. |
| **23** Pension, profit-sharing, etc., plans | **23** |
| **24** Employee benefit programs | **24** 264,164. |
| **25** Reserved for future use | **25** |
| **26** Other deductions (attach statement)          SEE STATEMENT 5 | **26** 4,204,754. |
| **27** **Total deductions.** Add lines 12 through 26 ▶ | **27** 8,691,778. |
| **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | **28** -7,370,532. |

Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| **29a** Net operating loss deduction (see instructions)   STATEMENT 6 | **29a** | 0. | |
| **b** Special deductions (Schedule C, line 24) | **29b** | | |
| **c** Add lines 29a and 29b | | | **29c** |

| | |
|---|---|
| **30** **Taxable income.** Subtract line 29c from line 28. See instructions | **30** -7,370,532. |
| **31** Total tax (Schedule J, Part I, line 11) | **31** 0. |
| **32** 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | **32** |
| **33** Total payments, credits, and section 965 tax liability (Schedule J, Part III, line 23) | **33** |
| **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | **34** |
| **35** **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | **35** 0. |
| **36** **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | **36** |
| **37** Enter amount from line 36 you want: Credited to 2020 estimated tax ▶          Refunded ▶ | **37** |

Tax, Refundable Credits, and Payments

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer          Date

▶ **OFFICER**
Title

May the IRS discuss this return with the preparer shown below?
**X** Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name **KEVIN WHITE** | Preparer's signature **KEVIN WHITE** | Date **10/15/20** | Check ☐ if self-employed | PTIN ▉▉▉▉ |
| Firm's name ▶ **BENNETT THRASHER LLP** | | | | Firm's EIN ▶ |
| Firm's address ▶ **3300 RIVERWOOD PARKWAY, #700 ATLANTA, GA 30339** | | | | Phone no. **770-396-2200** |

911601
12-30-19     LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2019)

Form 1120 (2019)    AUGUSTUS INTELLIGENCE INC.                                    83-2737374   Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global intangible Low-Taxed income (GILTI) (attach Form(s) 5471 and Form 8992) | 36,959. | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC -DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | 36,959. | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

911611
12-30-19

Form 1120 (2019)  AUGUSTUS INTELLIGENCE INC.                                                    83-2737374   Page 3

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ........ ▶ ☐ | | |
| 2 | Income tax. See instructions | 2 | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions - attach statement) | 9f | |
| 10 | **Total.** Add lines 9a through 9f | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0. |

**Part II - Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 | 12 | |

**Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 | 13 | |
| 14 | 2019 estimated tax payments | 14 | |
| 15 | 2019 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Form 8827, line 5c | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | |

Form **1120** (2019)

911621
12-30-19

Form 1120 (2019)   AUGUSTUS INTELLIGENCE INC.                                83-2737374   Page **4**

| Schedule K | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method:  **a** ☒ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 541519

**b** Business activity  ▶ HOLDING COMPANY

**c** Product or service  ▶ INVESTMENT

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ......... | | X

If "Yes," enter name and EIN of the parent corporation ▶ _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ......... | X |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions ............ | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ............ | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 | | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ............ | X |

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ 62.9000   and **(b)** Owner's country ▶ GERMANY

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 37

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ............ ▶ ☒

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $ 449,308.

911632
12-30-19

Form 1120 (2019)   AUGUSTUS INTELLIGENCE INC.          83-2737374   Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | | Yes | No |
|---|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | | X |
| | If "Yes," complete and attach Schedule UTP. | | | |
| 15a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | | X |
| 20 | Is the corporation operating on a cooperative basis? | | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | | X |
| | If "Yes," complete and attach Form 8991. | | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | | |
| | If "Yes," to any, complete and attach Form 8990. | | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter amount from Form 8996, line 14 ▶ $ | | | |

Form **1120** (2019)

Form 1120 (2019)  AUGUSTUS INTELLIGENCE INC.                                      83-2737374   Page **6**

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 770,399. | | 18,695,316. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) STMT 7 | | 0. | | 241,321. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) STMT 8 | | 121,425. | | 1,609,706. |
| 10a Buildings and other depreciable assets | 0. | | 336,347. | |
| b Less accumulated depreciation | ( 0. ) | 0. | ( 28,771.) | 307,576. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 0. | | 20,428. | |
| b Less accumulated amortization | ( ) | 0. | ( ) | 20,428. |
| 14 Other assets (att. stmt.) STMT 9 | | 218,764. | | 576,200. |
| 15 Total assets | | 1,110,588. | | 21,450,547. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.) STMT 10 | | 46,229. | | 306,021. |
| 19 Loans from shareholders | | 67,000. | | 50,393. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (att. stmt.) | | | | |
| 22 Capital stock: a Preferred stock | 0. | | 29,085,465. | |
| b Common stock | 97,950. | 97,950. | 1. | 29,085,466. |
| 23 Additional paid-in capital | | 1,567,038. | | 546,201. |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | -667,629. | | -8,537,534. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 1,110,588. | | 21,450,547. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | | | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | | | Tax-exempt interest  $ _____ | | |
| 3 Excess of capital losses over capital gains | | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | | | | |
| | | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation ...... $ _____ | | |
| a Depreciation ...... $ _____ | | | b Charitable contributions ...... $ _____ | | |
| b Charitable contributions ...... $ _____ | | | | | |
| c Travel and entertainment ...... $ _____ | | | 9 Add lines 7 and 8 | | |
| 6 Add lines 1 through 5 | | | 10 Income (page 1, line 28) - line 6 less line 9 | | |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -667,629. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | -7,669,251. | b Stock | | |
| 3 Other increases (itemize): _____ | | c Property | | |
| | | 6 Other decreases (itemize): SEE STATEMENT 11 | | 200,654. |
| | | 7 Add lines 5 and 6 | | 200,654. |
| 4 Add lines 1, 2, and 3 | -8,336,880. | 8 Balance at end of year (line 4 less line 7) | | -8,537,534. |

911631
12-30-19                                                                              Form **1120** (2019)

**SCHEDULE N**
**(Form 1120)**

Department of the Treasury
Internal Revenue Service

# Foreign Operations of U.S. Corporations

▶ Attach to Form 1120, 1120-C, 1120-IC-DISC, 1120-L, 1120-PC, 1120-REIT, 1120-RIC, or 1120-S.
▶ Go to www.irs.gov/Form1120 for the latest information.

OMB No. 1545-0123

**2019**

Name

AUGUSTUS INTELLIGENCE INC.

Employer identification number (EIN)

83-2737374

## Foreign Operations Information

|  |  | Yes | No |
|---|---|---|---|
| **1a** | During the tax year, did the corporation own (directly or indirectly) any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3 **or** did the corporation own (directly or indirectly) any foreign branch (see instructions)? |  | X |
|  | If "Yes," you are generally required to attach **Form 8858,** Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), for each foreign disregarded entity and for each foreign branch (see instructions). |  |  |
| **b** | Enter the number of Forms 8858 attached to the tax return ▶ _____ |  |  |
| **2** | Enter the number of **Forms 8865,** Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to the corporation's income tax return ▶ _____ |  |  |
| **3** | Excluding any partnership for which a Form 8865 is attached to the tax return, did the corporation own at least a 10% interest, directly or indirectly, in any other foreign partnership (including any entity treated as a foreign partnership under Regulations section 301.7701-2 or 301.7701-3)? |  | X |
|  | If "Yes," see instructions for required statement. |  |  |
| **4a** | Was the corporation a U.S. shareholder of any controlled foreign corporation (CFC)? (See sections 951 and 957.) | X |  |
|  | If "Yes," attach **Form 5471,** Information Return of U.S. Persons With Respect to Certain Foreign Corporations, for each CFC. |  |  |
| **b** | Enter the number of Forms 5471 attached to the tax return ▶ _____ 2 |  |  |
| **5** | During the tax year, did the corporation receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? |  | X |
|  | If "Yes," the corporation may have to file **Form 3520,** Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. |  |  |
| **6a** | At any time during the 2019 calendar year, did the corporation have an interest in or a signature or other authority over a financial account (such as a bank account, securities account, or other financial account) in a foreign country? |  | X |
|  | See the instructions for exceptions and filing requirements for **FinCEN Form 114,** Report of Foreign Bank and Financial Accounts (FBAR). |  |  |
| **b** | If "Yes," enter the name of the foreign country ▶ _____ |  |  |
| **7a** | Is the corporation claiming the extraterritorial income exclusion? |  | X |
|  | If "Yes," attach a separate **Form 8873,** Extraterritorial Income Exclusion, for **each** transaction or group of transactions. |  |  |
| **b** | Enter the number of Forms 8873 attached to the tax return ▶ _____ |  |  |
| **c** | Enter the total of the amounts from line 52 (extraterritorial income exclusion (net of disallowed deductions)) of **all** Forms 8873 attached to the tax return ▶ $ _____ |  |  |
| **8** | Was the corporation a specified domestic entity required to file Form 8938 for the tax year (see the Instructions for Form 8938)? |  | X |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

**Schedule N (Form 1120) 2019**

913331
11-26-19

SCHEDULE D
(Form 1120)
Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-H, 1120-IC-DISC, 1120-L, 1120-ND, 1120-PC, 1120-POL, 1120-REIT, 1120-RIC, 1120-SF, or certain Forms 990-T.
▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2019**

Name

AUGUSTUS INTELLIGENCE INC.

Employer identification number

83-2737374

Did the corporation dispose of any investment(s) in a qualified opportunity fund during the tax year? ..................... ▶ ☐ Yes ☒ No

If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

## Part I  Short-Term Capital Gains and Losses (See instructions.)

See instructions for how to figure the amounts to enter on the lines below.

This form may be easier to complete if you round off cents to whole dollars.

| | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b ................ | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked | | | | |

| | | |
|---|---|---|
| **4** Short-term capital gain from installment sales from Form 6252, line 26 or 37 ............................ | **4** | |
| **5** Short-term capital gain or (loss) from like-kind exchanges from Form 8824 ............................ | **5** | |
| **6** Unused capital loss carryover (attach computation)     SEE STATEMENT 12 | **6** | ( 200,000. ) |
| **7** Net short-term capital gain or (loss). Combine lines 1a through 6 in column h | **7** | <200,000.> |

## Part II  Long-Term Capital Gains and Losses (See instructions.)

See instructions for how to figure the amounts to enter on the lines below.

This form may be easier to complete if you round off cents to whole dollars.

| | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b ................ | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked | | | | |

| | | |
|---|---|---|
| **11** Enter gain from Form 4797, line 7 or 9 | **11** | |
| **12** Long-term capital gain from installment sales from Form 6252, line 26 or 37 ............................ | **12** | |
| **13** Long-term capital gain or (loss) from like-kind exchanges from Form 8824 ............................ | **13** | |
| **14** Capital gain distributions | **14** | |
| **15** Net long-term capital gain or (loss). Combine lines 8a through 14 in column h ............................ | **15** | |

## Part III  Summary of Parts I and II

| | | |
|---|---|---|
| **16** Enter excess of net short-term capital gain (line 7) over net long-term capital loss (line 15) | **16** | |
| **17** Net capital gain. Enter excess of net long-term capital gain (line 15) over net short-term capital loss (line 7) ............................ | **17** | |
| **18** Add lines 16 and 17. Enter here and on Form 1120, page 1, line 8, or the proper line on other returns ............................ | **18** | |

**Note:** If losses exceed gains, see *Capital Losses* in the instructions.

LHA    **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

Schedule D (Form 1120) 2019

921051
12-16-19

**SCHEDULE O**
**(Form 1120)**

(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

# Consent Plan and Apportionment Schedule
## for a Controlled Group

OMB No. 1545-0123

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-L, 1120-PC, 1120-REIT, or 1120-RIC.**
▶ **Go to www.irs.gov/Form1120 for instructions and the latest information.**

Name

AUGUSTUS INTELLIGENCE INC.

Employer identification number

83-2737374

| Part I | Apportionment Plan Information |
|---|---|

**1** Type of controlled group:

**a** [X] Parent-subsidiary group

**b** [ ] Brother-sister group

**c** [ ] Combined group

**d** [ ] Life insurance companies only

**2** This corporation has been a member of this group:

**a** [ ] For the entire year.

**b** [X] From MARCH 7, 2019 , until DECEMBER 31, 2019 .

**3** This corporation consents and represents to:

**a** [ ] Adopt an apportionment plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on _____ , and for all succeeding tax years.

**b** [ ] Amend the current apportionment plan. All the other members of this group are currently amending a previously adopted plan, which was in effect for the tax year ending _____ , and for all succeeding tax years.

**c** [ ] Terminate the current apportionment plan and not adopt a new plan. All the other members of this group are not adopting an apportionment plan.

**d** [ ] Terminate the current apportionment plan and adopt a new plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on _____ , and for all succeeding tax years.

**4** If you checked box 3c or 3d above, check the applicable box below to indicate if the termination of the current apportionment plan was:

**a** [ ] Elected by the component members of the group.

**b** [ ] Required for the component members of the group.

**5** If you did not check a box on line 3 above, check the applicable box below concerning the status of the group's apportionment plan (see instructions).

**a** [X] No apportionment plan is in effect and none is being adopted.

**b** [ ] An apportionment plan is already in effect. It was adopted for the tax year ending _____ , and for all succeeding tax years.

**6** If all the members of this group are adopting a plan or amending the current plan for a tax year after the due date (including extensions) of the tax return for this corporation, is there at least one year remaining on the statute of limitations from the date this corporation filed its amended return for such tax year for assessing any resulting deficiency? See instructions.           .

**a** [ ] Yes.

(i) [ ] The statute of limitations for this year will expire on _____ .

(ii) [ ] On _____ , this corporation entered into an agreement with the Internal Revenue Service to extend the statute of limitations for purposes of assessment until _____ .

**b** [X] No. The members may not adopt or amend an apportionment plan.

**7** [ ] If the corporation has a short tax year that does not include December 31, check the box. See instructions.

For Paperwork Reduction Act Notice, see Instructions for Form 1120.

Schedule O (Form 1120) (Rev. 12-2018)

913335  04-01-19    LHA

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| AUGUSTUS INTELLIGENCE INC. | 83-2737374 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule)      SEE STATEMENT 13 | 4 | 3,846. |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 3,846. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 3,846. |

**9 a** Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ........................................................ ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ...... ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO  **9d**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ......... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............ ☐ Yes ☒ No
If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 11-2018)

924441
04-01-19   LHA

Form **3800**

Department of the Treasury
Internal Revenue Service   (99)

# General Business Credit

▶ Go to www.irs.gov/Form3800 for instructions and the latest information.

▶ You must attach all pages of Form 3800, pages 1, 2, and 3, to your tax return.

OMB No. 1545-0895

**2019**

Attachment
Sequence No. **22**

Name(s) shown on return

AUGUSTUS INTELLIGENCE INC.

Identifying number

83-2737374

| | **Part I** | **Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)** | | |
|---|---|---|---|---|
| | | (See instructions and complete Part(s) III before Parts I and II.) | | |

| | | | |
|---|---|---|---|
| 1 | General business credit from line 2 of all Parts III with box A checked .............. | **1** | 0. |
| 2 | Passive activity credits from line 2 of all Parts III with box B checked .......... | **2** | |
| 3 | Enter the applicable passive activity credits allowed for 2019. See instructions | **3** | |
| 4 | Carryforward of general business credit to 2019. Enter the amount from line 2 of Part III with box C checked. See instructions for statement to attach | **4** | |
| 5 | Carryback of general business credit from 2020. Enter the amount from line 2 of Part III with box D checked | **5** | |
| 6 | Add lines 1, 3, 4, and 5 | **6** | |

| | **Part II** | **Allowable Credit** | | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 7 | Regular tax before credits: | | |
| | ● Individuals. Enter the sum of the amounts from Form 1040 or 1040-SR, line 12a, and Schedule 2 (Form 1040 or 1040-SR), line 2, or the sum of the amounts from Form 1040-NR, lines 42 and 44 .............. | | |
| | ● Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 2; or the applicable line of your return .............. | **7** | 0. |
| | ● Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b; or the amount from the applicable line of your return .............. | | |
| 8 | Alternative minimum tax: | | |
| | ● Individuals. Enter the amount from Form 6251, line 11 .............. | | |
| | ● Corporations. Enter -0- | **8** | 0. |
| | ● Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54 | | |
| 9 | Add lines 7 and 8 | **9** | 0. |
| 10a | Foreign tax credit .............. | **10a** | |
| b | Certain allowable credits (see instructions) .............. | **10b** | |
| c | Add lines 10a and 10b | **10c** | |
| 11 | **Net income tax.** Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 .......... | **11** | 0. |
| 12 | **Net regular tax.** Subtract line 10c from line 7. If zero or less, enter -0- .......... | **12** | 0. |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 over $25,000. See instructions | **13** | |
| 14 | Tentative minimum tax: | | |
| | ● Individuals. Enter the amount from Form 6251, line 9 .............. | | |
| | ● Corporations. Enter -0- .............. | **14** | |
| | ● Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52 | | |
| 15 | Enter the greater of line 13 or line 14 | **15** | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- | **16** | |
| 17 | Enter the **smaller** of line 6 or line 16 | **17** | |
| | **C corporations:** See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **3800** (2019)

Form 3800 (2019)   AUGUSTUS INTELLIGENCE INC.                                83-2737374   Page **2**

| **Part II** | **Allowable Credit** *(continued)* |
|---|---|

**Note:** If you are not required to report any amounts on line 22 or 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | | |
|---|---|---|---:|
| 18 | Multiply line 14 by 75% (0.75). See instructions | **18** | |
| 19 | Enter the greater of line 13 or line 18 | **19** | |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- | **20** | |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- | **21** | |
| 22 | Combine the amounts from line 3 of all Parts III with box A, C, or D checked | **22** | |
| 23 | Passive activity credit from line 3 of all Parts III with box B checked **23** | | |
| 24 | Enter the applicable passive activity credit allowed for 2019. See instructions | **24** | |
| 25 | Add lines 22 and 24 | **25** | |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 | **26** | |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- | **27** | 0. |
| 28 | Add lines 17 and 26 | **28** | 0. |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- | **29** | 0. |
| 30 | Enter the general business credit from line 5 of all Parts III with box A checked | **30** | 173,597. |
| 31 | Reserved | **31** | |
| 32 | Passive activity credits from line 5 of all Parts III with box B checked **32** | | |
| 33 | Enter the applicable passive activity credits allowed for 2019. See instructions | **33** | |
| 34 | Carryforward of business credit to 2019. Enter the amount from line 5 of Part III with box C checked and line 6 of Part III with box G checked. See instructions for statement to attach | **34** | |
| 35 | Carryback of business credit from 2020. Enter the amount from line 5 of Part III with box D checked. See instructions | **35** | |
| 36 | Add lines 30, 33, 34, and 35 | **36** | 173,597. |
| 37 | Enter the **smaller** of line 29 or line 36 | **37** | 0. |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37. Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36, see instructions) as indicated below or on the applicable line of your return. • Individuals. Schedule 3 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 51 • Corporations. Form 1120, Schedule J, Part I, line 5c • Estates and trusts. Form 1041, Schedule G, line 2b | **38** | 0. |

Form **3800** (2019)

Form 3800 (2019)                                                                                                    Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| AUGUSTUS INTELLIGENCE INC. | 83-2737374 |

| **Part III** | **General Business Credits or Eligible Small Business Credits** (see instructions) |

Complete a separate Part III for each box checked below. See instructions.

| A | [X] General Business Credit From a Non-Passive Activity | E | [ ] Reserved |
| B | [ ] General Business Credit From a Passive Activity | F | [ ] Reserved |
| C | [ ] General Business Credit Carryforwards | G | [ ] Eligible Small Business Credit Carryforwards |
| D | [ ] General Business Credit Carrybacks | H | [ ] Reserved |

**I**  If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all
Parts III with box A or B checked. Check here if this is the consolidated Part III ........................................................ ▶ [ ]

| | (a) Description of credit | | (b) If claiming the credit from a pass-through entity, enter the EIN | (c) Enter the appropriate amount |
|---|---|---|---|---|
| **Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity. | | | | |
| 1a | Investment (Form 3468, Part II only) (attach Form 3468) ................. | 1a | | |
| b | Reserved ................................................................. | 1b | | |
| c | Increasing research activities (Form 6765) ............................. | 1c | | |
| d | Low-income housing (Form 8586, Part I only) ........................... | 1d | | |
| e | Disabled access (Form 8826) (see instructions for limitation) .......... | 1e | | |
| f | Renewable electricity, refined coal, and Indian coal production (Form 8835) .... | 1f | | |
| g | Indian employment (Form 8845) ........................................ | 1g | | |
| h | Orphan drug (Form 8820) .............................................. | 1h | | |
| i | New markets (Form 8874) .............................................. | 1i | | |
| j | Small employer pension plan startup costs (Form 8881) (see instructions for limitation) | 1j | | |
| k | Employer-provided child care facilities and services (Form 8882) (see instructions for limitation) | 1k | | |
| l | Biodiesel and renewable diesel fuels (attach Form 8864) ............... | 1l | | |
| m | Low sulfur diesel fuel production (Form 8896) ......................... | 1m | | |
| n | Distilled spirits (Form 8906) ........................................ | 1n | | |
| o | Nonconventional source fuel (carryforward only) ....................... | 1o | | |
| p | Energy efficient home (Form 8908) .................................... | 1p | | |
| q | Energy efficient appliance (carryforward only) ....................... | 1q | | |
| r | Alternative motor vehicle (Form 8910) ................................ | 1r | | |
| s | Alternative fuel vehicle refueling property (Form 8911) ............... | 1s | | |
| t | Enhanced oil recovery credit (Form 8830) ............................. | 1t | | |
| u | Mine rescue team training (Form 8923) ................................ | 1u | | |
| v | Agricultural chemicals security (carryforward only) .................. | 1v | | |
| w | Employer differential wage payments (Form 8932) ...................... | 1w | | |
| x | Carbon oxide sequestration (Form 8933) ............................... | 1x | | |
| y | Qualified plug-in electric drive motor vehicle (Form 8936) ........... | 1y | | |
| z | Qualified plug-in electric vehicle (carryforward only) ............... | 1z | | |
| aa | Employee retention (Form 5884-A) .................................... | 1aa | | |
| bb | General credits from an electing large partnership (carryforward only) ... | 1bb | | |
| zz | Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) | 1zz | | |
| 2 | Add lines 1a through 1zz and enter here and on the applicable line of Part I ........ | 2 | | |
| 3 | Enter the amount from Form 8844 here and on the applicable line of Part II | 3 | | |
| 4a | Investment (Form 3468, Part III) (attach Form 3468) ................... | 4a | | |
| b | Work opportunity (Form 5884) ......................................... | 4b | | |
| c | Biofuel producer (Form 6478) ......................................... | 4c | | |
| d | Low-income housing (Form 8586, Part II) .............................. | 4d | | |
| e | Renewable electricity, refined coal, and Indian coal production (Form 8835) .... | 4e | | |
| f | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | 4f | | |
| g | Qualified railroad track maintenance (Form 8900) ..................... | 4g | | |
| h | Small employer health insurance premiums (Form 8941) ................. | 4h | | |
| i | Increasing research activities (Form 6765) ........................... | 4i | | 173,597. |
| j | Employer credit for paid family and medical leave (Form 8994) ........ | 4j | | |
| z | Other ................................................................ | 4z | | |
| 5 | Add lines 4a through 4z and enter here and on the applicable line of Part II | 5 | | 173,597. |
| 6 | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II | 6 | | 173,597. |

914403  12-30-19                                                                                       Form **3800** (2019)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ **Attach to Form 1120.**

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| AUGUSTUS INTELLIGENCE INC. | 83-2737374 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| WOLFGANG HAUPT | ████████ | GERMANY | 62.90% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

917701
04-01-19    LHA

**SCHEDULE M-3**
**(Form 1120)**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More

▶ **Attach to Form 1120 or 1120-C.**
▶ **Go to www.irs.gov/Form1120 for instructions and the latest information.**

OMB No. 1545-0123

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| AUGUSTUS INTELLIGENCE INC. | 83-2737374 |

Check applicable box(es): (1) [X] Non-consolidated return    (2) [ ] Consolidated return (Form 1120 only)
(3) [ ] Mixed 1120/L/PC group    (4) [ ] Dormant subsidiaries schedule attached

| **Part I** | **Financial Information and Net Income (Loss) Reconciliation** (see instructions) |
|---|---|

**1a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?
    [ ] **Yes.** Skip lines 1b and 1c and complete lines 2a through 11 with respect to that SEC Form 10-K.
    [X] **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.
**b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?
    [X] **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
    [ ] **No.** Go to line 1c.
**c** Did the corporation prepare a non-tax-basis income statement for that period?
    [ ] **Yes.** Complete lines 2a through 11 with respect to that income statement.
    [ ] **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.
**2a** Enter the income statement period:  Beginning 01/01/2019    Ending 12/31/2019
**b** Has the income statement been restated for the income statement period on line 2a?
    [ ] **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
    [X] **No.**
**c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?
    [ ] **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
    [X] **No.**
**3a** Is any of the corporation's voting common stock publicly traded?
    [ ] **Yes.**
    [X] **No.** If "No," go to line 4a.
**b** Enter the symbol of the corporation's primary U.S. publicly traded voting common stock ...........................
**c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting
    common stock ...........................................................

| | | |
|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 ......... | **4a** | -7,669,251. |
| **b** Indicate accounting standard used for line 4a (see instructions): (1) [X] GAAP (2) [ ] IFRS  (3) [ ] Statutory (4) [ ] Tax-basis (5) [ ] Other (specify) _____ | | |
| **5a** Net income from noncludible foreign entities (attach statement) ..................... | **5a** | ( ) |
| **b** Net loss from noncludible foreign entities (attach statement and enter as a positive amount) ........ | **5b** | |
| **6a** Net income from noncludible U.S. entities (attach statement) ..................... | **6a** | ( ) |
| **b** Net loss from noncludible U.S. entities (attach statement and enter as a positive amount) ........ | **6b** | |
| **7a** Net income (loss) of other includible foreign disregarded entities (attach statement) ......... | **7a** | |
| **b** Net income (loss) of other includible U.S. disregarded entities (attach statement) ......... | **7b** | |
| **c** Net income (loss) of other includible entities (attach statement) ......... | **7c** | |
| **8** Adjustment to eliminations of transactions between includible entities and noncludible entities (attach stmt.) ......... | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) ......... | **9** | |
| **10a** Intercompany dividend adjustments to reconcile to line 11 (attach statement) ......... | **10a** | |
| **b** Other statutory accounting adjustments to reconcile to line 11 (attach statement) ......... | **10b** | |
| **c** Other adjustments to reconcile to amount on line 11 (attach statement) ......... | **10c** | |
| **11** **Net income (loss) per income statement of includible corporations.** Combine lines 4 through 10 ......... | **11** | -7,669,251. |

**Note:** Part I, line 11, must equal Part II, line 30, column (a), or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 ............... ▶ | 21,450,547. | 356,414. |
| **b** Removed on Part I, line 5 ............... ▶ | | |
| **c** Removed on Part I, line 6 ............... ▶ | | |
| **d** Included on Part I, line 7 ............... ▶ | | |

LHA    **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**    **Schedule M-3 (Form 1120) (Rev. 12-2019)**

913321  12-11-19

Schedule M-3 (Form 1120) (Rev. 12-2019)

Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| AUGUSTUS INTELLIGENCE INC. | 83-2737374 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|

**Part II** — **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar inclusions | | 36,959. | | 36,959. |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | 227,698. | | | 227,698. |
| 14 Total accrual to cash adjustment STMT 14 | 1,010,473. | | | 1,010,473. |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( 3,846.) | | | ( 3,846.) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach stmt.) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach stmt.) | | | | |
| 26 Total income (loss) items. Combine lines 1 through 25 | 1,234,325. | 36,959. | | 1,271,284. |
| 27 Total expense/deduction items (from Part III, line 39) | -846,111. | -6,373. | 268,133. | -584,351. |
| 28 Other items with no differences STMT 15 | -8,057,465. | | | -8,057,465. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | -7,669,251. | 30,586. | 268,133. | -7,370,532. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | -7,669,251. | 30,586. | 268,133. | -7,370,532. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

913322
12-11-19

**Schedule M-3 (Form 1120) (Rev. 12-2019)**

Schedule M-3 (Form 1120) (Rev. 12-2019)  **Page 3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| AUGUSTUS INTELLIGENCE INC. | 83-2737374 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp  **(3)** ☐ Consolidated eliminations  **(4)** ☐ Subsidiary corp  **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|

**Part III**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | 41,991. | | | 41,991. |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment STMT 17 | 104,147. | | -52,416. | 51,731. |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property STMT 18 | 1,000. | | | 1,000. |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | -1,000. | | -1,000. |
| 22 Domestic production activities deduction (see instrs.) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/ reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | 28,771. | 7,373. | | 36,144. |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs STMT 19 | | | -173,597. | -173,597. |
| 36 Section 118 exclusion (att. stmt.) | | | | |
| 37 FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach stmt.) STMT 20 | 670,202. | | -42,120. | 628,082. |
| 39 Total expense/deduction items. Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 846,111. | 6,373. | -268,133. | 584,351. |

913323
12-11-19

**Schedule M-3 (Form 1120) (Rev. 12-2019)**

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
## (Including Information on Listed Property) OTHER
▶ Attach to your tax return.
▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2019**

Attachment
Sequence No. **179**

Name(s) shown on return: **AUGUSTUS INTELLIGENCE INC.**

Business or activity to which this form relates: **OTHER DEPRECIATION**

Identifying number: **83-2737374**

## Part I — Election To Expense Certain Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1**    1,020,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3**    2,550,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ..... **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ..... ▶ **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** |
| 15 | Property subject to section 168(f)(1) election | **15** |
| 16 | Other depreciation (including ACRS) | **16** |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | |

### Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 196,007. | 5.0 | MQ | 200DB | 22,149. |
| c 7-year property | | 140,340. | 7.0 | MQ | 200DB | 13,995. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | / | | 30 yrs. | MM | S/L | |
| d 40-year | / | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22**    36,144. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** |

916251 12-12-19   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2019)

Form 4562 (2019)      AUGUSTUS INTELLIGENCE INC.                    83-2737374   Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? | Yes | No | 24b If "Yes," is the evidence written? | Yes | No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | Amortization |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2019 tax year | | | | **43** | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

916252 12-12-19                                                                    Form **4562** (2019)

Election Not to Claim the Additional First Year
 Depreciation Allowable Under IRC Sec. 168(k)


Augustus Intelligence Inc.
One World Trade Ctr, 77th Fl, Ste D
New York , NY  10007


Employer Identification Number:  83-2737374


For the Year Ending December 31, 2019


Augustus Intelligence Inc., hereby elects, pursuant to IRC Sec.
168(k)(7), not to claim the additional depreciation allowable under
IRC Sec. 168(k) for the following qualifying property placed in
service during the tax year ending December 31, 2019.


All property in the 3 year class.
All property in the 5 year class.
All property in the 7 year class.
All property in the 10 year class.
All property in the 15 year class.


See attached Form 4562.

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


Augustus Intelligence Inc.
One World Trade Ctr, 77th Fl, Ste D
New York , NY  10007

Employer Identification Number:  83-2737374

For the Year Ending December 31, 2019

Augustus Intelligence Inc. is making the de minimis safe harbor
election under Reg. Sec. 1.263(a)-1(f).

AUGUSTUS INTELLIGENCE INC.                                                    83-2737374

| FORM 1120 | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ACCRUAL TO CASH INCOME | 1,010,473. |
| CASH BACK FROM CREDIT CARD | 13,341. |
| TOTAL TO FORM 1120, LINE 10 | 1,023,814. |

| FORM 1120 | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| LICENSES AND FEES | 2,449. |
| PAYROLL TAXES | 232,215. |
| NEW YORK TAXES - BASED ON INCOME | 14,741. |
| NEW YORK TAXES - OTHER | 27,250. |
| TOTAL TO FORM 1120, LINE 17 | 276,655. |

| CURRENT YEAR CONTRIBUTIONS | STATEMENT 3 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CONTRIBUTIONS | 1,000. |
| TOTAL CURRENT YEAR CONTRIBUTIONS | 1,000. |

AUGUSTUS INTELLIGENCE INC.                                              83-2737374

---

                              CONTRIBUTIONS                      STATEMENT 4

---

CURRENT YEAR CONTRIBUTIONS:
QUALIFIED CONTRIBUTIONS SUBJECT TO 100% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 15% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 10% LIMIT                     1,000

CONTRIBUTION SUBJECT TO LIMITATION:
  CARRYOVER OF PRIOR YEARS UNUSED CONTRIBUTIONS


  FOR TAX YEAR 2014
  FOR TAX YEAR 2015
  FOR TAX YEAR 2016
  FOR TAX YEAR 2017
  FOR TAX YEAR 2018
                              _____

  TOTAL CARRYOVER
  CURRENT YEAR CONTRIBUTIONS                              1,000
                                               _____

  TOTAL CONTRIBUTIONS AVAILABLE                          1,000
  TAXABLE INCOME LIMITATION AS ADJUSTED                      0
                                               _____

  EXCESS CONTRIBUTIONS                                   1,000
                                               _____

  ALLOWABLE CONTRIBUTIONS DEDUCTION                                        0
                                                                _____

TOTAL CONTRIBUTION DEDUCTION                                              0
                                                                ================

---

AUGUSTUS INTELLIGENCE INC.                                              83-2737374

===============================================================================

FORM 1120                        OTHER DEDUCTIONS                      STATEMENT 5

| DESCRIPTION | AMOUNT |
|---|---:|
| BANK CHARGE | 21,693. |
| BUSINESS EXPENSES | 176,632. |
| COMPUTER ACCESSORIES | 35,327. |
| CONFERENCE EXPENSE | 1,209. |
| DUES & SUBSCRIPTIONS | 3,610. |
| FRAUD | 105,432. |
| IMMIGRATION FEE | 220. |
| INSURANCE | 15,185. |
| LEGAL & PROFESSIONAL FEE | 2,873,453. |
| MEALS | 51,731. |
| MISC. EXPENSE | 970. |
| MOVING EXPENSE | 41,193. |
| OFFICE SUPPLIES | 91,774. |
| PAYROLL PROCESSING FEE | 13,070. |
| PHONE & INTERNET EXPENSES | 9,873. |
| POSTAGE & DELIVERY | 3,025. |
| REALIZED FX LOSS | 2,212. |
| RECRUITMENT EXPENSE | 225,590. |
| REDUCED RESEARCH EXPENSES FROM FORM 6765 | -173,597. |
| SOFTWARE & LICENSING | 67,108. |
| TRAINING | 4,431. |
| TRAVEL EXPENSE | 628,082. |
| UTILITIES | 260. |
| WORKERS' COMPENSATION INSURANCE | 6,271. |
| TOTAL TO FORM 1120, LINE 26 | 4,204,754. |

===============================================================================

                          NET OPERATING LOSS DEDUCTION              STATEMENT 6

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---:|---:|---:|---:|
| 12/31/16 | 4,675. | | 4,675. | 4,675. |
| 12/31/17 | 69,727. | | 69,727. | 69,727. |
| 12/31/18 | 374,906. | | 374,906. | 374,906. |
| NOL AVAILABLE THIS YEAR | | | 449,308. | 449,308. |

AUGUSTUS INTELLIGENCE INC.                                                83-2737374

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DEPOSIT | 0. | 39,496. |
| EMPLOYEE ADVANCES | 0. | 201,825. |
| TOTAL TO SCHEDULE L, LINE 6 | 0. | 241,321. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| INVESTMENT IN AUG. INTEL. TR, R.E.G. | 65,813. | 0. |
| INVESTMENT IN AUGUSTUS INTELLIGENCE, GMBH | 0. | 252,461. |
| INVESTMENT IN AUGUSTUS ITALIA | 55,612. | 38,007. |
| INVESTMENTSI N AUGUSTUS COMMERCE, LLC | 0. | 1,319,238. |
| TOTAL TO SCHEDULE L, LINE 9 | 121,425. | 1,609,706. |

| SCHEDULE L | OTHER ASSETS | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM USQL, LLC | 218,764. | 576,200. |
| TOTAL TO SCHEDULE L, LINE 14 | 218,764. | 576,200. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CREDIT CARD PAYABLE | 2,021. | 257,993. |
| DUE TO AUGUSTUS COLLECTIVE, LLC | 44,208. | 48,028. |
| TOTAL TO SCHEDULE L, LINE 18 | 46,229. | 306,021. |

AUGUSTUS INTELLIGENCE INC.                                              83-2737374

SCHEDULE M-2          UNAPPROPRIATED RETAINED EARNINGS -          STATEMENT 11
                              OTHER DECREASES

| DESCRIPTION | AMOUNT |
|---|---|
| PRIOR PERIOD ADJUSTMENT- NO TAX AFFECT | 200,654. |
| TOTAL TO SCHEDULE M-2, LINE 6 | 200,654. |


                    UNUSED CAPITAL LOSS DEDUCTION                   STATEMENT 12

| | TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING |
|---|---|---|---|---|
| | 12/31/18 | 200,000. | 0. | 200,000. |
| UNUSED CAPITAL LOSS AVAILABLE THIS YEAR | | | | 200,000. |

AUGUSTUS INTELLIGENCE INC.                                              83-2737374

---

FORM 1125-A              ADDITIONAL SECTION 263A COSTS              STATEMENT 13

| DESCRIPTION | AMOUNT |
|---|---|
| COGS-HOSTING | 96. |
| COGS-RESEARCH & DEVELOPMENT | 3,750. |
| TOTAL TO LINE 4 | 3,846. |

---

SCHEDULE M-3              TOTAL ACCRUAL TO CASH ADJUSTMENT              STATEMENT 14

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | INCOME (LOSS) PER TAX RETURN |
|---|---|---|---|---|
| ACCRUAL TO CASH INCOME | 1,010,473. | | 0. | 1,010,473. |
| TOTAL | 1,010,473. | | 0. | 1,010,473. |

---

SCHEDULE M-3        OTHER INCOME (LOSS) AND EXPENSE / DEDUCTION        STATEMENT 15
                    ITEMS WITH NO DIFFERENCES

| DESCRIPTION | PER INCOME STATEMENT | PER TAX RETURN |
|---|---|---|
| OTHER INCOME (LOSS) - SEE STATEMENT | 49,962. | 49,962. |
| OTHER EXPENSE / DEDUCTION - SEE STATEMENT | -8,107,427. | -8,107,427. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 28 | -8,057,465. | -8,057,465. |

---

SCHEDULE M-3        OTHER INCOME (LOSS) ITEMS WITH NO DIFFERENCES        STATEMENT 16

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | INCOME (LOSS) PER TAX RETURN |
|---|---|---|
| CASH BACK FROM CREDIT CARD | 13,341. | 13,341. |
| GROSS RECEIPTS OR SALES | 36,621. | 36,621. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 28 | 49,962. | 49,962. |

AUGUSTUS INTELLIGENCE INC.                                                          83-2737374

---

| SCHEDULE M-3 | MEALS AND ENTERTAINMENT | | STATEMENT 17 |
| --- | --- | --- | --- |

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
| --- | --- | --- | --- | --- |
| ENTERTAINMENT | 686. | | -686. | 0. |
| MEALS AND ENTERTAINMENT | 103,461. | | -51,730. | 51,731. |
| TOTAL | 104,147. | | -52,416. | 51,731. |

---

| SCHEDULE M-3 | CHARITABLE CONTRIBUTION OF CASH AND TANGIBLE PROPERTY | | STATEMENT 18 |
| --- | --- | --- | --- |

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | EXPENSE/ DEDUCTION PER TAX RETURN |
| --- | --- | --- | --- | --- |
| CONTRIBUTIONS | 1,000. | | 0. | 1,000. |
| TOTAL | 1,000. | | 0. | 1,000. |

---

| SCHEDULE M-3 | RESEARCH AND DEVELOPMENT COSTS | | STATEMENT 19 |
| --- | --- | --- | --- |

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
| --- | --- | --- | --- | --- |
| RESEARCH & DEVELOPMENT CREDIT ADJUSTMENT | 0. | | -173,597. | -173,597. |
| TOTAL | 0. | | -173,597. | -173,597. |

---

| SCHEDULE M-3 | OTHER EXPENSE/DEDUCTION ITEMS WITH DIFFERENCES | | STATEMENT 20 |
| --- | --- | --- | --- |

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | EXPENSE/ DEDUCTION PER TAX RETURN |
| --- | --- | --- | --- | --- |
| TRAVEL EXPENSE | 670,202. | | -42,120. | 628,082. |
| TOTAL TO M-3, PART III, LINE 38 | 670,202. | | -42,120. | 628,082. |

AUGUSTUS INTELLIGENCE INC.                                                    83-2737374

SCHEDULE M-3                    OTHER EXPENSE/DEDUCTION ITEMS                STATEMENT 21
                                    WITH NO DIFFERENCES

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|
| ADVERTISING | 17,570. | 17,570. |
| BANK CHARGE | 21,693. | 21,693. |
| BUSINESS EXPENSES | 176,632. | 176,632. |
| COMPUTER ACCESSORIES | 35,327. | 35,327. |
| CONFERENCE EXPENSE | 1,209. | 1,209. |
| DUES & SUBSCRIPTIONS | 3,610. | 3,610. |
| EMPLOYEE BENEFIT PROGRAMS | 264,164. | 264,164. |
| FRAUD | 105,432. | 105,432. |
| IMMIGRATION FEE | 220. | 220. |
| INSURANCE | 15,185. | 15,185. |
| LEGAL & PROFESSIONAL FEE | 2,873,453. | 2,873,453. |
| LICENSES AND FEES | 2,449. | 2,449. |
| MISC. EXPENSE | 970. | 970. |
| MOVING EXPENSE | 41,193. | 41,193. |
| OFFICE SUPPLIES | 91,774. | 91,774. |
| OFFICERS COMPENSATION | 202,950. | 202,950. |
| PAYROLL PROCESSING FEE | 13,070. | 13,070. |
| PAYROLL TAXES | 232,215. | 232,215. |
| PHONE & INTERNET EXPENSES | 9,873. | 9,873. |
| POSTAGE & DELIVERY | 3,025. | 3,025. |
| REALIZED FX LOSS | 2,212. | 2,212. |
| RECRUITMENT EXPENSE | 225,590. | 225,590. |
| RENTS | 562,708. | 562,708. |
| REPAIRS | 38. | 38. |
| SALARIES AND WAGES | 3,126,795. | 3,126,795. |
| SOFTWARE & LICENSING | 67,108. | 67,108. |
| TRAINING | 4,431. | 4,431. |
| UTILITIES | 260. | 260. |
| WORKERS' COMPENSATION INSURANCE | 6,271. | 6,271. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 28 | 8,107,427. | 8,107,427. |

FORM 5471                             OTHER INCOME                          STATEMENT 22

| DESCRIPTION | FUNCTIONAL CURRENCY | EXCHANGE RATE | U.S. DOLLAR |
|---|---|---|---|
| OTHER INCOME | 26,400. | .893000 | 29,563. |
| TOTAL TO 5471, SCHEDULE C, LINE 9 | 26,400. | | 29,563. |

AUGUSTUS INTELLIGENCE INC.                                                83-2737374

=======================================================================

FORM 5471                      OTHER DEDUCTIONS                     STATEMENT 23

| DESCRIPTION | FUNCTIONAL CURRENCY | EXCHANGE RATE | U.S. DOLLAR |
|---|---|---|---|
| MANAGEMENT FEE | 9,369. | .893000 | 10,492. |
| TOTAL TO 5471, SCHEDULE C, LINE 17 | 9,369. | | 10,492. |

=======================================================================

FORM 5471                    OTHER CURRENT ASSETS                   STATEMENT 24

| DESCRIPTION | BEG. OF ANNUAL ACCOUNTING PERIOD | END OF ANNUAL ACCOUNTING PERIOD |
|---|---|---|
| PREPAID TAXES | 3,732. | 92. |
| LIQUID AVAILABILITY | 42,290. | 0. |
| TOTAL TO 5471, PAGE 4, SCHEDULE F, LINE 5 | 46,022. | 92. |

=======================================================================

FORM 5471                        OTHER ASSETS                      STATEMENT 25

| DESCRIPTION | BEG. OF ANNUAL ACCOUNTING PERIOD | END OF ANNUAL ACCOUNTING PERIOD |
|---|---|---|
| NOTE RECEIVABLE | 1,137. | 0. |
| OTHER ASSETS | 304. | 0. |
| TOTAL TO 5471, PAGE 4, SCHEDULE F, LINE 13 | 1,441. | 0. |

=======================================================================

FORM 5471                  OTHER CURRENT LIABILITIES                STATEMENT 26

| DESCRIPTION | BEG. OF ANNUAL ACCOUNTING PERIOD | END OF ANNUAL ACCOUNTING PERIOD |
|---|---|---|
| OTHER ACCRUED EXPENSE | 573. | 474. |
| TOTAL TO 5471, PAGE 4, SCHEDULE F, LINE 16 | 573. | 474. |

AUGUSTUS INTELLIGENCE INC.                                                  83-2737374

===============================================================================

FORM 5471                        OTHER LIABILITIES                    STATEMENT 27

-------------------------------------------------------------------------------

|                                              | BEG. OF ANNUAL ACCOUNTING PERIOD | END OF ANNUAL ACCOUNTING PERIOD |
| DESCRIPTION                                  | --- | --- |
| OTHER                                        | 347. | 0. |
| PROVISIONS FOR RISK AND CHARGES              | 0. | 14,045. |
| DEBT                                         | 494,434. | 0. |
| TOTAL TO 5471, PAGE 4, SCHEDULE F, LINE 19   | 494,781. | 14,045. |

===============================================================================

FORM 5471        AMOUNT AND TYPE OF INDEBTEDNESS OF FOREIGN          STATEMENT 28
                 CORPORATION TO THE RELATED PERSONS DESCRIBED
                 IN REGULATIONS SECTION 1.6046-1(B)(11)

-------------------------------------------------------------------------------

         0. N/A

===============================================================================

FORM 5471                        OTHER DEDUCTIONS                     STATEMENT 29

-------------------------------------------------------------------------------

| DESCRIPTION                          | FUNCTIONAL CURRENCY | EXCHANGE RATE | U.S. DOLLAR |
| --- | --- | --- | --- |
| OTHER OPERATING EXPENSE              | 3,479. | .893000 | 3,896. |
| TOTAL TO 5471, SCHEDULE C, LINE 17   | 3,479. | | 3,896. |

===============================================================================

FORM 5471                       OTHER CURRENT ASSETS                  STATEMENT 30

-------------------------------------------------------------------------------

|                                           | BEG. OF ANNUAL ACCOUNTING PERIOD | END OF ANNUAL ACCOUNTING PERIOD |
| DESCRIPTION                               | --- | --- |
| PREPAID ASSET                             | 0. | 1,051. |
| TOTAL TO 5471, PAGE 4, SCHEDULE F, LINE 5 | 0. | 1,051. |

AUGUSTUS INTELLIGENCE INC.                                           83-2737374

FORM 5471                OTHER CURRENT LIABILITIES              STATEMENT 31

| DESCRIPTION | BEG. OF ANNUAL ACCOUNTING PERIOD | END OF ANNUAL ACCOUNTING PERIOD |
|---|---|---|
| ACCRUED EXPENSE | 0. | 1,685. |
| TOTAL TO 5471, PAGE 4, SCHEDULE F, LINE 16 | 0. | 1,685. |

5471 SCHEDULE O          GENERAL SHAREHOLDER INFORMATION           STATEMENT 32

| (A) NAME, ADDRESS, AND IDENTIFYING NUMBER OF SHAREHOLDER(S) FILING THIS SCHEDULE | (B) FOR SHAREHOLDER'S LATEST U.S. INCOME TAX RETURN FILED INDICATE: | | | (C) DATE SHAREHOLD -ER LAST FILED IN- FORMATION RTN UNDER SEC. 6046 |
| --- | --- | --- | --- | --- |
| | (1) TYPE OF RETURN (ENTER FORM NUMBER) | (2) DATE RETURN FILED | (3) INTERNAL REVENUE SERVICE CENTER WHERE FILED | |
| AUGUSTUS INTELLIGENCE INC ONE WTC 77TH FL ST D NEW YORK 83-2737374 | 1120 | 10/15/19 | E-FILED | |

FORM 8916-A              OTHER SECTION 263A COSTS               STATEMENT 33

| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|---|---|---|---|---|
| COGS-HOSTING | 96. | 0. | 0. | 96. |
| COGS-RESEARCH & DEVELOPMENT | 3,750. | 0. | 0. | 3,750. |
| TOTAL TO LINE 2N | 3,846. | 0. | 0. | 3,846. |

AUGUSTUS INTELLIGENCE INC.                                          83-2737374

=============================================================================

FORM 8916-A                  OTHER INTEREST INCOME              STATEMENT 34

=============================================================================

| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|---|---|---|---|---|
| INTEREST INCOME | 227,698. | 0. | 0. | 227,698. |
| TOTAL TO PART II, LINE 5 | 227,698. | 0. | 0. | 227,698. |

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns
▶ **File a separate application for each return.**
▶ **Go to www.irs.gov/Form7004 for instructions and the latest information.**

OMB No. 1545-0233

**Print or Type**

Name

AUGUSTUS INTELLIGENCE INC.

Identifying number

83-2737374

Number, street, and room or suite no. (If P.O. box, see instructions.)

ONE WORLD TRADE CTR, 77TH FL, STE D

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)

NEW YORK, NY 10007

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I  Automatic Extension for Certain Business Income Tax, Information, and Other Returns.**   See instructions.

1  Enter the form code for the return listed below that this application is for   **12**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II  All Filers Must Complete This Part**

2  If the organization is a foreign corporation that does not have an office or place of business in the United States,
   check here ............................................................................................................ ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
   check here ............................................................................................................ ▶ ☐

   If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
   covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ..... ▶ ☐

5a The application is for calendar year 2020 , or tax year beginning _____ , and ending _____

 b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return  ☐ Final return
   ☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions - attach explanation.)

6  Tentative total tax ...................................................................................... | 6 | 0. |

7  **Total** payments and credits. See instructions ................................................. | 7 | 0. |

8  **Balance due.** Subtract line 7 from line 6. See instructions ............................... | 8 | 0. |

**LHA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Form **7004** (Rev. 12-2018)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
OGDEN, UT 84201-0045

019741  04-01-20