# United States Bankruptcy Court
## District of Delaware

In re **Augustus Intelligence Inc.**

Debtor(s)

Case No. **21-10744**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aku Investments LLC**<br>850 New Burton Rd., Ste. 201<br>Dover, DE 19904 | Preferred Stock | 0.17% | Equity Interests |
| **Ann Risenmay**<br>[Address on file with the Debtor] | Restricted Stock | 0.24% | Equity Interests |
| **Chepstow Capital GmbH**<br>Graf-Bernadotte-Strasse 71<br>45133 Essen<br>Germany | Preferred Stock | 0.01% | Equity Interests |
| **Daniel Bay**<br>[Address on file with the Debtor] | Restricted Stock | 0.14% | Equity Interests |
| **Day One Ventures Fund I, LP**<br>2055 Turk St.<br>San Francisco, CA 94115 | Preferred Stock | 0.11% | Equity Interests |
| **Deep Breath Ltd. (HK)**<br>43-59 Queen's Road East<br>Suite 1607, 16/F, Dominion Centre<br>Wan Chai, Hong Kong HKSAR | Preferred Stock | 0.03% | Equity Interests |
| **Elisabeth Swarovski**<br>[Address on file with the Debtor] | Preferred Stock | 0.43% | Equity Interests |
| **Findworx GmbH**<br>Tillmannsweg 16<br>Berlin<br>14109 Germany | Preferred Stock | 0.08% | Equity Interests |
| **Gembec 1 LLC**<br>1650 Market, Suite 2800<br>Philadelphia, PA 19103 | Preferred Stock | 0.10% | Equity Interests |
| **Genesis Group Ltd.**<br>Tower Business Centre<br>Level 3, Ste. 2234, Tower Street<br>Swatar, GRR 4013<br>Malta | Preferred Stock | 0.19% | Equity Interests |

In re: **Augustus Intelligence Inc.** Case No. 21-10744

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Indenoi SAS**<br>**34 avenue des Champs-Elysees**<br>**75008 Paris**<br>**France** | **Preferred Stock** | **2.14%** | **Equity Interests** |
| **James Issler**<br>[Address on file with the Debtor] | **Preferred Stock** | **0.06%** | **Equity Interests** |
| **Jaws Equity Owner 113, LLC**<br>**1601 Washington Ave, Ste. 800**<br>**Miami Beach, FL 33139** | **Preferred Stock** | **1.53%** | **Equity Interests** |
| **Jonathan Swerdlin**<br>[Address on file with the Debtor] | **Preferred Stock** | **0.01%** | **Equity Interests** |
| **Kai Diekmann**<br>[Address on file with the Debtor] | **Preferred Stock** | **0.04%** | **Equity Interests** |
| **Kirsten Hager**<br>[Address on file with the Debtor] | **Preferred Stock** | **0.13%** | **Equity Interests** |
| **KRC Beteiligungs GmbH**<br>**Lauenhagen 24a**<br>**17335 Strasburg (Uckermark)**<br>**Germany** | **Preferred Stock** | **0.64%** | **Equity Interests** |
| **Larisse SA**<br>**Baarerstrasse 22**<br>**6300 Zug**<br>**Switzerland** | **Preferred Stock** | **4.34%** | **Equity Interests** |
| **Legacy World Wide Investments II LTD**<br>**(Nima Capital)**<br>**712 Fifth Ave., 31st Fl.**<br>**NY 11019** | **Preferred Stock** | **0.10%** | **Equity Interests** |
| **Lohengrin Beteiligungsgesellschaft mbH**<br>**Katharinenstrasse 12**<br>**10711 Berlin**<br>**Germany** | **Preferred Stock** | **0.86%** | **Equity Interests** |
| **Lumber Lane Investments LLC**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | **Preferred Stock** | **0.10%** | **Equity Interests** |

In re:  **Augustus Intelligence Inc.**                                    Case No.  21-10744
                                   Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Manfred Swarovski Jr.**<br>[Address on file with the Debtor] | **Preferred Stock** | 0.67% | **Equity Interests** |
| **Marcelo Gigliani-Uriarte**<br>[Address on file with the Debtor] | **Preferred Stock** | 0.04% | **Equity Interests** |
| **Mark and Susan DiDea**<br>[Address on file with the Debtor] | **Preferred Stock** | 0.10% | **Equity Interests** |
| **Midex USA LLC**<br>**16 Madrone Park Circle**<br>**Mill Valley, CA 94941** | **Preferred Stock** | 0.10% | **Equity Interests** |
| **Pacific Investments and Techologies Ltd.**<br>**43-59 Queen's Road East**<br>**Suite 1607, 16/F Dominion Centre**<br>**Wan Chai, Hong Kong HKSAR** | **Preferred Stock** | 0.05% | **Equity Interests** |
| **Pascal Weinberger**<br>[Address on file with the Debtor] | **Restricted Stock** | 9.57% | **Equity Interests** |
| **Pierre-Noel Luiggi**<br>[Address on file with the Debtor] | **Preferred Stock** | 0.00% | **Equity Interests** |
| **Prof. Dr. Thomas Zeltner**<br>[Address on file with the Debtor] | **Preferred Stock** | 0.06% | **Equity Interests** |
| **Prof. Dr. Ulrich Schlie**<br>[Address on file with the Debtor] | **Preferred Stock** | 0.17% | **Equity Interests** |
| **Richard D. Brock**<br>[Address on file with the Debtor] | **Preferred Stock** | 0.02% | **Equity Interests** |

In re: **Augustus Intelligence Inc.**  
Debtor(s)

Case No. 21-10744

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard Socher**<br>[Address on file with the Debtor] | **Preferred Stock** | **0.04%** | **Equity Interests** |
| **Salmo Invest GmbH**<br>**Ladenbergstrasse 16**<br>**Berlin, 14195 Germany** | **Preferred Stock** | **0.04%** | **Equity Interests** |
| **Spitzberg Partners GmbH**<br>**5800 Las Palmas Avenue**<br>**Wellington, FL 33449** | **Preferred Stock** | **0.57%** | **Equity Interests** |
| **Stefan von Liechtenstein**<br>[Address on file with the Debtor] | **Preferred Stock** | **0.08%** | **Equity Interests** |
| **Valnon Holdings GmbH**<br>**Dr. Schoberstrasse 81**<br>**1130 Vienna**<br>**Austria** | **Preferred Stock** | **1.91%** | **Equity Interests** |
| **Vielharmonie Real GmbH**<br>**Gnieststrasse 14**<br>**14193 Berlin**<br>**GERMANY** | **Common/Class F** | **6.72%** | **Equity Interests** |
| **Weinberger Ventures UG**<br>**Koenigsteiner Weg 18**<br>**65835 Liederbach**<br>**Germany** | **Common** | **0.45%** | **Equity Interests** |
| **Wolfgang Haupt**<br>[Address on file with the Debtor] | **Common/Class F** | **67.96%** | **Equity Interests** |

| In re: **Augustus Intelligence Inc.** | Case No. 21-10744 |
|---|---|
| Debtor(s) | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

    I, the **President/General Counsel** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| Date | May 3, 2021 | Signature | */s/* Emmet Keary |
|---|---|---|---|
| | | | **Emmet Keary** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.