# **EXHIBIT A**

**AUGUSTUS INTELLIGENCE FORMER ORGANIZATIONAL CHART**



