**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| *In re:* | : | Chapter 11 (Small Business Subchapter V) |
| | : | |
| AUGUSTUS INTELLIGENCE INC.,[1] | : | Case No. 21-10744  (JTD) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**NOTICE OF (I) ENTRY OF AN ORDER CONFIRMING THE SMALL BUSINESS**
**DEBTOR'S REVISED FIRST AMENDED PLAN OF LIQUIDATION, (II)**
**OCCURRENCE OF EFFECTIVE DATE, (III) ADMINISTRATIVE EXPENSE**
**CLAIM BAR DATE, (IV) REJECTION DAMAGES BAR DATE AND (V)**
**DEADLINE FOR FILING FINAL PROFESSIONAL FEE APPLICATIONS**

TO ALL CREDITORS AND PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:

Commencement of this Case.  On April 24, 2021 ("**Petition Date**"), the above-captioned debtor and debtor-in-possession (the "Debtor") commenced the above-captioned chapter 11 case ("**Chapter 11 Case**") by filing a voluntary petition for relief under Subchapter V of Chapter 11 of title 11 of the United States Code ("**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware ("**Court**").

Filing of the Plan.  On June 14, 2022, the Debtor filed its Small Business Debtor's Revised First Amended Plan of Liquidation [D.I. 213] ("**Plan**").

Confirmation of the Plan.  On July 26, 2022, the Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming the Small Business Debtor's Revised First Amended Plan of Liquidation* (the "**Confirmation Order**") [D.I. 251]. Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.  The Plan and Confirmation Order may be viewed on the internet free of charge at Voting Agent's website at https://cases.stretto.com/augustus, or you may also obtain copies of any pleadings filed in this Chapter 11 Case for a fee via PACER at: https://www.deb.uscourts.gov/.

Effective Date.  Pursuant to the Confirmation Order, the Debtor hereby certifies and gives notice that the Plan became effective in accordance with its terms, and the Effective Date occurred on **August 1, 2022** (the "**Effective Date**").

Bar Date for Administrative Expense Claims.  Pursuant to the paragraph 34 of the Confirmation Order, each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) holding any right to payment constituting an actual, necessary cost or expense of administering this Chapter 11 Case or preserving the

---

[1]     The Debtor and the last four digits of its federal taxpayer identification number is (7374).

estate, including, but not limited to, claims under sections 365(d)(3), 365(d)(5), or 503(b)(1) through (8) of the Bankruptcy Code (except for 503(b)(9) Claims) (each, an "**Administrative Claim**") that arose during the period from the Petition Date through the Effective Date must file such Administrative Claim with the Court and serve such Administrative Claim on the below-listed counsel for the Debtor on or before **September 30, 2022 at 4:00 p.m. (prevailing Eastern Time)** (the "**Administrative Claim Bar Date**").  All Persons that fail to file and appropriately serve their Administrative Claims by the Administrative Claim Bar Date shall be forever barred from asserting such rights to payment as against the Debtor, its estate or property, and the Litigation Trust.

Bar Date for Rejection Damages.  Pursuant to Paragraph 17 of the Confirmation Order, other than the Assumed Contracts, any and all leases or executory contracts, and not previously rejected by the Debtor, shall be deemed rejected by the Debtor as of the date of the Confirmation Order.  All proofs of claim with respect to liabilities arising from the rejection of executory contracts or leases (each a "**Rejection Damages Claim**") shall, unless another order provides for an earlier date, be filed with the Court (i) **on or before August 31, 2022** (the "**Rejection Damages Bar Date**").  All Persons that fail to file a Rejection Damages Claim by the Rejection Damages Bar Date shall be forever barred from asserting such rights to payment as against the Debtor, its estate or property, and the Litigation Trust.

Deadline for Filing Final Professional Fee Applications.  Pursuant to the paragraph 34 of the Confirmation Order, all professionals retained in the Chapter 11 Case shall file with the Court their applications for allowance and payment of final compensation and reimbursement of expenses on or before **September 30, 2022.**

Dated:  August 1, 2022
         Wilmington, Delaware

**ARCHER & GREINER, P.C.**
Bryan J. Hall (No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
Tel.: 302.777.4350
Fax:  302.777.4352
Email:  bjhall@archerlaw.com

-and-

**THOMPSON COBURN HAHN & HESSEN LLP**
Mark T. Power (admitted pro hac vice)
Joseph Orbach (admitted pro hac vice)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: mpower@thompsoncoburn.com
         jorbach@thompsoncoburn.com

*Co-Counsel for the Debtor and Debtor-in-Possession*