**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| AUGUSTUS INTELLIGENCE INC.,[1] | Case No. 21-10744 (JTD) |
| Debtor. | |

**ORDER GRANTING SUMMARY OF SECOND INTERIM AND FINAL APPLICATION OF NATASHA M. SONGONUGA, SUBCHAPTER V TRUSTEE, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE SECOND INTERIM PERIOD MAY 1, 2022 THROUGH SEPTEMBER 22, 2022 AND FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD APRIL 26, 2021 THROUGH SEPTEMBER 22, 2022**

Upon consideration of the application of Natasha M. Songonuga, Subchapter V Trustee ("SCV Trustee") requesting that the Court grant the *Second Interim and Final Application of Natasha M. Songonuga, Subchapter V Trustee, for Compensation for Services Rendered and Reimbursement of Expenses for the Second Interim Period May 1, 2022 Through September 22, 2022 and for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Final Period April 26, 2021 Through September 22, 2022* (the "Second Interim and Final Application") for interim allowance of compensation and reimbursement of expenses for the period from April 26, 2021 Through April 30, 2022 (the "Second Interim Period") and for interim allowance of compensation and reimbursement of expenses for the final period from April 26, 2021 Through September 22, 2022 (the "Final Period");

And the Court having found that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that venue of this proceeding and the Second Interim

---

[1] The names and last four digits of the tax identification numbers for the Debtor is 7374.

and Final Application in this District are proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Second Interim and Final Application and objections, if any, filed thereto; and it appearing that due and proper notice of the Second Interim and Final Application have been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Second Interim and Final Application is GRANTED as set forth herein.

2. The SCV Trustee is awarded and allowed on an interim basis compensation in the amount of $10,265.00 for services rendered during the Second Interim Period and the Debtor is hereby authorized to pay the SCV Trustee such fees and expenses.

3. Reimbursement to the SCV Trustee for expenses incurred during the Second Interim Period is allowed on an interim basis in the amount of $0.00.

4. The SCV Trustee is allowed final compensation in the amount of $29,413.00 for services rendered during the Final Period.

5. Reimbursement to the SCV Trustee for expenses, if any, incurred during the Final Period is allowed in the amount of $0.00.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

**Dated: October 17th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

- 2 -