**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 (Small Business Subchapter V) |
| AUGUSTUS INTELLIGENCE INC.,[1] | : | Case No. 21-10744  (JTD) |
| | : | **Re: D.I. 260** |
| Debtor. | : | |

**ORDER GRANTING THE FINAL APPLICATION OF STRETTO, INC. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS ADMINISTRATIVE ADVISOR
TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM
<u>APRIL 24, 2021 THROUGH AUGUST 1, 2022</u>**

Upon consideration of the Final Application of Stretto, Inc. ("**Stretto**") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtor and Debtor in Possession for the Period from April 24, 2021 Through August 1, 2022 (the " **Application**")[2] pursuant to sections 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Court having reviewed the Application; and the Court having found that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application, it is hereby

ORDERED, that the Application is granted; and it is further

ORDERED, that Stretto is allowed on a final basis compensation in the amount of $8,356.10 and $0.00 for costs and expenses incurred during the period commencing April 24, 2021 through and including August 1, 2022; and it is further

---

[1]  The Debtor and the last four digits of its federal taxpayer identification number is (7374).

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to such terms in the Application.

ORDERED, that the Litigation Trust is authorized to pay to Stretto all fees and expenses allowed pursuant to this Order, in accordance with the terms of the Plan; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

**Dated: October 20th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**