**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | : Chapter 11 (Small Business Subchapter V) |
| AUGUSTUS INTELLIGENCE INC.,[1] | : Case No. 21-10744  (JTD) |
| Debtor. | : **Re: D.I. 262** |

**ORDER GRANTING THE FIRST AND FINAL FEE APPLICATION OF
ARCHER & GREINER, P.C., CO-COUNSEL TO THE DEBTOR,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD APRIL 24, 2021 THROUGH AUGUST 1, 2022**

Upon consideration of the First and Final Fee Application of Archer & Greiner, P.C., Co-Counsel to the Debtor, for Compensation and Reimbursement of Expenses for the Period April 24, 2021 through August 1, 2022 (the "Application") pursuant to sections 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Court having reviewed the Application; and the Court having found that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application, it is hereby

ORDERED, that the Application is granted; and it is further

ORDERED, that Archer & Greiner is allowed on a final basis compensation in the amount of $49,159.50 and $288.90 for costs and expenses incurred during the Fee Period; and it is further

ORDERED, that the Litigation Trust is authorized to pay to Archer & Greiner all fees and expenses allowed pursuant to this Order, in accordance with the terms of the Plan; and it is further

---

[1] The Debtor and the last four digits of its federal taxpayer identification number is (7374).

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

**Dated: October 20th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

2