**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AUGUSTUS INTELLIGENCE INC.,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 21-10744 (TMH) |

**NOTICE OF STATUS CONFERENCE SCHEDULED**
**FOR FEBRUARY 4, 2026, AT 10:00 A.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE** that the court has scheduled a status conference for **February 4, 2026, at 10:00 a.m. (Eastern Time)**. The status conference will be held *via* Zoom.[2]

Dated: January 13, 2026

/s/ Bryan J. Hall
Bryan J. Hall (No. 6285)
CHIPMAN BROWN CICERO & COLE, LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
hall@chipmanbrown.com

-and-

THOMPSON COBURN HAHN & HESSEN LLP
Mark T. Power (admitted *pro hac vice*)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: MPower@thompsoncoburn.com

*Co-Counsel for the Augustus Trustee*

---

[1] The last four digits of the Debtor's federal taxpayer identification number are (4284). The current notice address for the Debtor is Secured Communications, Inc., 401 Port Street, Savannah, GA 31401.

[2] This proceeding will be conducted remotely *via* Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (https://www.deb.uscourts.gov/judge-thomas-m-horan) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required no later than 4:00 p.m. (Eastern time) the business day prior to the scheduled hearing unless otherwise noticed using the eCourt Appearances tool (https://www.deb.uscourts.gov/ecourt-appearances) available on the Court's website.