# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------x<br>In re:                                                          :<br>Augustus Intelligence Inc.,             :<br>                                                   Debtor.    :<br>------------------------------------------------------------x<br>Brian Ryniker, in his capacity as Litigation Trustee of Augustus Intelligence Inc.,             :<br>                                                 Plaintiff,    :<br>        v.                                                :<br>Augustus Collectives LLC and John Does 1 through 100 inclusive,                           :<br>                                                 Defendants.    :<br>------------------------------------------------------------x | Chapter 11<br>(Small Business Subchapter V)<br><br>Case No. 21-10744 (JTD)<br><br><br><br><br>Adv. Pro. No. 23-50368 (JTD) |

## STATUS REPORT

Brian Ryniker, solely in his capacity as the post-confirmation trustee (the "Trustee") of the litigation trust (the "Augustus Trust") of Augustus Intelligence Inc. (the "Debtor") and plaintiff in the above-captioned adversary proceeding, respectfully submits this Status Report.

1. On April 21, 2023, the Trustee commenced the above-captioned adversary proceeding by filing the *Complaint* [Adv. D.I. 1] against Defendant Augustus Collectives LLC ("Collectives") and against John Does 1 through 100 inclusive. As described more fully in the *Complaint*, the Trustee alleges that certain investment assets (referred to in the *Complaint* as the Augustus Investment Assets) were acquired with funds from the Debtor or its predecessor and were transferred prepetition to Collectives and/or one or more of the John Doe Defendants.

2. The *Complaint* asserts counts seeking, among other things: (i) a declaratory judgment that the Augustus Investment Assets are property of the Debtor and now the Augustus

Trust; (ii) avoidance and recovery of the Augustus Investment Assets as constructive fraudulent transfers pursuant to federal and state law; (iii) in the alternative, turnover of the Augustus Investment Assets or the proceeds thereof pursuant to 11 U.S.C. § 542; (iv) an order instructing any defendants with custody, possession, and/or control over any Augustus Investment Assets or the proceeds thereof to immediately turnover same to the Augustus Trust; and (v) a judgment in favor of the Trustee for unjust enrichment against any defendants who received any of the Augustus Investment Assets.

3. Collectives was served and failed to answer, move, or otherwise respond to the *Complaint*.

4. The Trustee sought, and obtained, entry of a default against Collectives. *See* Adv. D.I. 6 & 7.

5. The Trustee has undertaken and continues to undertake efforts to locate the Augustus Investment Assets.

6. The Trustee intends to file a motion seeking the entry of a judgment by default against Collectives, which identifies specific Augustus Investment Assets.

7. Undersigned counsel for the Trustee will be available at the status conference scheduled in the main case for February 4, 2026 if the Court has any questions.

Dated: January 27, 2026                    CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
hall@chipmanbrown.com

-and-

        THOMPSON COBURN HAHN & HESSEN LLP
Mark T. Power (admitted *pro hac vice*)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: MPower@thompsoncoburn.com

*Co-Counsel for the Augustus Trustee*