## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re: :
                                                            :
Augustus Intelligence Inc.,                                 :    Chapter 11
                                                            :    (Small Business Subchapter V)
              Debtor.                          :
                                                            :    Case No. 21-10744 (TMH)
                                                            :
------------------------------------------------------------ x
                                                            :
Brian Ryniker in his capacities as Litigation Trustee of    :
Augustus Intelligence Inc., and as Assignee of Investors    :
Larisse SA, Valnon Holding GmbH, Jaws Equity Owner          :
113, LLC, Lohengrin Beteiligungsgesellschaft mbH,           :
Manfred Swarovski Jr., KRC Beteiligungs GmbH,               :    Adv. Pro. No. 23-50370 (TMH)
Spitzberg Ventures GmbH, Elisabeth Swarovski, Kirsten       :
Hager, Lumber Lane Investments LLC, Gembec I LLC,           :
Mark and Susan Didea, Stefan von Liechtenstein, Pacific     :
Investments and Technologies Ltd., and Chepstow             :
Capital GmbH,                                               :
                                                            :
              Plaintiffs,                      :
      v.                                        :
                                                            :
Kevin Washington, Estate of Wolfgang Haupt, William         :
Mason, Pascal Weinberger, William Webster, Philip           :
Amthor, Christopher Kahn, Rubicon Investment                :
Partners, L.P., and Rubicon Investment Partners             :
(Cayman), Ltd. and John Does 1 through 100 inclusive,       :
                                                            :
              Defendants.                      :
------------------------------------------------------------ X

## STATUS REPORT

Brian Ryniker, solely in his capacity as the post-confirmation trustee (the "Trustee") of

litigation trust (the "Augustus Trust") of Augustus Intelligence Inc. (the "Debtor") and plaintiff in

the above-captioned adversary proceeding, respectfully submits this Status Report.

1.     On April 23, 2023, the Trustee, on behalf of the Augustus Trust and as assignee of the Augustus Investors (as defined in the *Complaint*), commenced this adversary proceeding by filing the *Complaint* [Adv. D.I. 1].

2.     By the *Complaint*, the Trustee sought, among other things, to enforce the rights and pursue claims of the Augustus Trust against the Defendants for breach of contract, common law fraud, conspiracy to commit fraud, breaches of fiduciary duties and to recover assets of the Augustus Trust and to the extent any such assets were improperly transferred out of Augustus, (i) to avoid such transfer as an avoidable fraudulent transfer and recover such assets as assets of the Augustus Trust, (ii) an order for turnover, and (iii) a judgment for unjust enrichment against any defendants who wrongfully received any Augustus assets.

3.     Defendant Kevin Washington filed a motion to dismiss the *Complaint* as to him. The motion to dismiss was extensively briefed and the Court held oral argument.  Following oral argument, the Court issued a *Memorandum Opinion* and entered an Order granting Mr. Washington's motion to dismiss.

4.     The remaining Defendants include, among others, various individuals, including investors, directors or officers of the Debtor, the estate of the founder of the Debtor who was a citizen of Germany when he died, certain domestic and foreign entities, and various "John Doe" Defendants.   The Trustee undertook to locate and serve these defendants.  To date, however, only one remaining Defendant has made a limited appearance in this adversary proceeding and, then, for the sole purpose of opposing the Trustee's request for additional time to serve him.

5.     The Trustee, in consultation with the Litigation Trust Oversight Board and in the exercise of his business judgment and, after evaluating the legal hurdles identified by the Court in its Memorandum Opinion, has determined that the costs and delay of further litigation outweigh

any likely recoveries from the remaining Defendants. Accordingly, the Trustee intends to dismiss this adversary proceeding with respect to the remaining Defendants.

6.    Undersigned counsel for the Trustee will be available at the status conference scheduled in the main case for February 4, 2026, if the Court has any questions.

Dated: January 27, 2026

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
hall@chipmanbrown.com

-and-

THOMPSON COBURN HAHN & HESSEN LLP
Mark T. Power (admitted *pro hac vice*)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: MPower@thompsoncoburn.com

*Co-Counsel for the Augustus Trustee*