**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x

In re:                                                            :    Chapter 11
                                                                  :    (Small Business Subchapter V)
                                                                  :
Augustus Intelligence Inc.,                                       :
                                                                  :    Case No. 21-10744 (TMH)
                                                                  :
                    Debtor.                                       :
                                                                  :    **Hearing Date:  August 10, 2026 at 10:00 a.m. ET**
                                                                  :    **Objection Deadline:  July 30, 2026 at 4:00 p.m. ET**
---------------------------------------------------------------x

**NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF AN ORDER**
**(I) ISSUING A FINAL DECREE CLOSING THIS CHAPTER 11 CASE, (II)**
**TERMINATING THE CLAIMS AGENT, (III) AUTHORIZING THE DESTRUCTION**
**OF CERTAIN DOCUMENTS, AND (IV) GRANTING RELATED RELIEF**

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE AND (II) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS IN THIS BANKRUPTCY CASE

**PLEASE TAKE NOTICE THAT** Brian Ryniker, as the post-confirmation trustee (the "Trustee" or "Augustus Trustee") of the litigation trust (the "Augustus Trust") of Augustus Intelligence, Inc. ("Augustus" or the "Debtor"), established pursuant to the *Small Business Debtor's Revised First Amended Plan of Liquidation* dated May 3, 2022 *[D.I. 213] ("Plan"),* confirmed by the *Findings of Fact, Conclusions of Law, And Order Confirming the Small Business Debtor's Revised First Amended Plan of Liquidation* entered on July 26, 2022, [D.I. 251], filed the attached *Motion for Entry of an Order (I) Issuing a Final Decree Closing this Chapter 11 Case, (II) Terminating the Claims Agent, (III) Authorizing the Destruction of Certain Documents, and (IV) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before July 30, 2026 at 4:00 p.m. (Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must serve a copy of any response upon the undersigned counsel to the Augustus Trustee so that the response is timely received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 10, 2026 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, THIRD FLOOR, WILMINGTON, DELAWARE 19801, IN COURTROOM NO. 7.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
July 1, 2026

By:     */s/ Bryan J. Hall*
**CHIPMAN BROWN CICERO & COLE, LLP**
Bryan J. Hall, Esq. (No. 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: hall@chipmanbrown.com

- and -

**THOMPSON COBURN LLP**
Mark T. Power (pro hac vice)
488 Madison Avenue
New York, New York 10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400
E-mail:       mpower@thompsoncoburn.com

*Co-Counsel for the Augustus Trustee*

- 2 -