## CERTIFICATE OF SERVICE

I, Bryan J. Hall, hereby certify that on July 1, 2026, I caused true and correct copies of the

foregoing to be served (i) by CM/ECF on all parties registered to receive notices in this case and

(ii) upon the parties listed on the attached Service List, as indicated thereon.

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)

**SERVICE LIST**

**BY FIRST CLASS MAIL:**

| Name | Attention | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Delaware Secretary of State | Division of Corporations - Franchise Tax | PO Box 898 | Dover | DE | 19903 | |
| Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | Dover | DE | 19904 | |
| Fallon Bixby Cheng & Lee Inc. | | 130 Battery St, Suite 550 | San Francisco | CA | 94111 | |
| Internal Revenue Service | | PO Box 7346 | Philadelphia | PA | 19101-7346 | |
| Kaplan Hecker & Fink LLP | | 350 5th Ave, # 63 | New York | NY | 10118-0110 | |
| Mena - WHO | | 605 Hanley Way | Los Angeles | CA | 90049-1931 | |
| New York Department of Taxation & Finance | Attn: Bankruptcy Section | PO Box 5300 | Albany | NY | 12205-0300 | |
| New York Office of the Attorney General | | The Capitol | Albany | NY | 12224 | |
| New York Secretary of State | | One Commerce Plaza 99 Washington Ave | Albany | NY | 12231-0001 | |
| Rodl & Partner | | Aeussere Sulzbacher Strasse 100 | Nuremburg | | 90491 | Germany |
| Roland Berger Holding | | 1 Sederanger | Munich Bavaria | | 80538 | Germany |
| Securities & Exchange Commission | | 100 F St NE | Washington | DC | 20549 | |

**BY EMAIL:**

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A.B. Hussain | | | a@bolur.com |
| Anakin Design Studios | | | hans@anakin.co |
| Armstrong Teasdale | | | accountinginfo@armstrongteasdale.com |
| Athorus PLLC | Attn: Larry T Harris | | amanda.vanderwel@athorus.com athorus.billing@athorus.com |
| Brian Ryniker, as Litigation Trustee of Augustus Intelligence Inc | c/o Womble Bond Dickinson (US) LLP | Attn: Edward L. Schnitzer | edward.schnitzer@wbd-us.com |
| Brian Ryniker, as Litigation Trustee of Augustus Intelligence Inc | c/o Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward | matthew.ward@wbd-us.com |
| Jaws Equity Owner 113, LLC, Larisse SA, Karl-Theodor zu Guttenberg, Manfred Swarovski, Elisabeth Swarovski, KRC Beteiligungs GmbH and Lohengrin Beteiligungsgesellschaft mbH | c/o Richards Layton & Finger PA | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Sarah E. Silveira | rbgroup@rlf.com ann-jerominski-2390@ecf.pacerpro.com silberglied@rlf.com schlauch@rlf.com silveira@rlf.com |
| Josef Broich | | | vmeyer@broich.de jbroich@broich.de |
| KaiserDillon PLLC | Attn: Matthew G Kaiser | | billing@kaiserdillon.com mkaiser@kaiserdillon.com |
| Law Offices of Navid Aminzadeh | | | na@navidlaw.com |
| ML Holdings | | | nourmail@gmail.com |
| No Fraud LLC | c/o Giuliano Law PC | Attn: Anthony F. Giuliano, Esq. | afg@glpcny.com |

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| No Fraud LLC | c/o Weird & Partners LLP | Attn: Jeffrey S. Cianciulli, Esq. | jcianciulli@weirpartners.com imarciniszyn@weirpartners.com |
| Office of the United States Trustee | Attn: David Villagrana & Hannah Mufson McCollum | | david.villagrana2@usdoj.gov ustpregion03.wl.ecf@usdoj.gov hannah.mccollum@usdoj.gov |
| One World Trade Center LLC | | | kkuznick@durst.org |
| O'Toole Scrivo LLC | Attn: James DiGiulio | | jdigiulio@oslaw.com |
| Pacific Eagle Holdings Limited EUR | Attn: Antoine Blondeau | | shelley@aicapital.ai ab@aicapital.ai |
| R. Bankes | | | rhydian@freuds.com |
| Regus CME Ireland LTD | | | dublin.pembrokehouse@regus.com |
| Reinhardt LLP | | | cg@reinhardtllp.com |
| Rodl & Partner | | | nfo@roedle.de |
| Securities & Exchange Commission | Attn: Richard R. Best, Regional Director | | nyrobankruptcy@sec.gov |
| Stride Consulting LLC | | | ar@stride.nyc mdriscoll@sheppardmullin.com bogilbert@sheppardmullin.com |
| Subchapter V Trustee | c/o Gibbons PC | Attn: Natasha Songonuga | nsongonuga@gibbonslaw.com |
| Symphony Group | | | invoices@symphony.is |
| Ulrich Stockheim Communications | | | us@us-communications.de |
| WTC Tower I LLC c/o Royal 1 WTC Management LLC | c/o Rosenberg & Estis PC | Attn: John D. Giampolo, Esq. | jgiampolo@rosenbergestis.com |