**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------- x
In re:                                        :   Chapter 11
                                              :   (Small Business Subchapter V)
                                              :
Augustus Intelligence Inc.¹,                  :
                                              :   Case No. 21-10744 (TMH)
                      Debtor.                 :
                                              :   Re: D.I. 323
                                              :   Hearing Date:  August 10,  2026 at 10:00 a.m.
-------------------------------------------------------------- x
```

**VERIFIED FINAL REPORT**

Pursuant to Rule 3022-1(a)(ii) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Court"), the following is a final report regarding the above-captioned chapter 11 case (the "Chapter 11 Case"):

1.      On July 1, 2026, Brian Ryniker, as Litigation Trustee of the Augustus Trust established pursuant to the Small Business Debtor's Revised First Amended Plan of Liquidation dated May 3, 2022 [D.I. 213] ("Plan"), confirmed by the Findings of Fact, Conclusions of Law, And Order Confirming the Small Business Debtor's Revised First Amended Plan of Liquidation entered on July 26, 2022, [D.I. 251], filed a motion (the "Motion") for the entry of an order (a) issuing a final decree closing the Chapter 11 case, (b) terminating the claims agent, (c) authorizing the destruction of certain documents, and (d) granting related relief [D.I. 323].

2.      The following sets forth the fees and expenses paid to the parties identified below from the date of commencement of the Chapter 11 Case through the proposed final decree hearing date, August 10, 2026, of the Debtor's Revised First Amended Plan of Liquidation²:

---

¹ The last four digits of Debtor Augustus Intelligence, Inc.'s federal tax identification number are 7374.  The Debtor's corporate mailing address is 74-48 65th Street, #1, Ridgewood, NY 11385.

² Professional fees and expenses set forth in the following chart are reported through July 31, 2022 and presented from the final fee orders entered by the Court. *See* D.I. 271, 272, and 273.  The CRO's final fees were reported in D.I. 267.

**Total Allowed Chapter 11 Professional Fees and Expenses:**

| Professional | Professional's Role in Case | Total Fees and Expenses Approved | Total Fees and Expenses Paid |
|---|---|---|---|
| Thompson Coburn Hahn & Hessen, LLP | Lead Counsel for the Debtors and Debtors-in-Possession | $534,135.50 $3,703.24 | $184,540.41 $3,703.24 |
| Archer & Greiner, P.C. | Local Counsel for the Debtors and Debtors-in-Possession | $49,159.50 $288.90 | $16,318.04 $288.90 |
| Natasha M. Songonuga | SubChapter V Trustee | $29,413.00 $0.00 | Paid Prior to Effective Date $0.00 |
| RK Consultants, LLC | Chief Restructuring Officer | $209,385.00 $0.40 | $72,286.99 $0.40 |
| **TOTAL FEES:** **TOTAL EXPENSES:** | | **$830,449.10** **$3,992.54** | **$306,569.96** **$3,992.54** |

3.      The allowed fees of the Subchapter V Trustee set forth above were paid on or about the Effective Date of the Plan.

4.      In addition, the Litigation Trustee is current on all fees and expenses of the Augustus Trust incurred since the Plan became effective.

5.      This is a Subchapter V case.  However, to the extent that any U.S. Trustee fees are owed, in connection with closing this Chapter 11 Case, the Litigation Trustee will pay any such fees due and owing to the Office of the United States Trustee for the District of Delaware under section 1930 of title 28 of the United States Code, and the Litigation Trustee will complete any remaining reports with respect to the Chapter 11 Case, if and as required.

6.      As referenced in the Motion, the Litigation Trustee has been unable to generate sufficient recoveries in this case to satisfy all senior secured and administrative expense claims in full.  As set forth above, the Litigation Trustee has made a *pro rata* distribution to holders of allowed chapter 11 administrative expenses in accordance with the terms of the Plan and the carve-out.  Any funds remaining in the Augustus Trust or subsequently recovered from judgments obtained in the adversary proceedings will be used first to pay expenses of the Augustus Trust and

2

thereafter used to make *pro rata* payments to on allowed chapter 11 administrative expenses in accordance with the terms of the Plan and the carve-out.  The Litigation Trustee submits that the Augustus Trust has been fully administered and the Plan has been otherwise substantially consummated.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief based on my review of the Trust's books and records and orders entered by the Court.

Dated: July 23, 2026

*/s/ Brian Ryniker*
Brian Ryniker, solely in his capacity as
Litigation Trustee for Augustus
Intelligence, Inc.