**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------------x
In re:                                    :   Chapter 11
                                          :   (Small Business Subchapter V)
                                          :
Augustus Intelligence Inc.,               :
                                          :   Case No. 21-10744 (TMH)
                                          :
              Debtor.                     :   Re: D.I. 323
                                          :
----------------------------------------------------------------x
```

**CERTIFICATION OF COUNSEL REGARDING
TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) ISSUING A FINAL DECREE
CLOSING THIS CHAPTER 11 CASE, (II) TERMINATING THE CLAIMS AGENT,
(III) AUTHORIZING THE DESTRUCTION OF CERTAIN DOCUMENTS,
AND (IV) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.      On July 1, 2026, Brian Ryniker, solely in his capacity as the post-confirmation trustee (the "Trustee") of the litigation trust of Augustus Intelligence Inc. (the "Debtor"), filed and served the *Trustee's Motion for Entry of an Order (I) Issuing a Final Decree Closing this Chapter 11 Case, (II) Terminating the Claims Agent, (III) Authorizing the Destruction of Certain Documents, and (IV) Granting Related Relief* [Docket No. 323] (the "Motion"). A proposed form of order (the "Proposed Order") was attached as Exhibit A to the Motion.

2.      The notice served with the Motion set July 30, 2026 as the deadline to file objections or responses to the relief requested in the Motion. No formal or informal objections or responses to the Motion have been received as of the filing of this certification.

3.      The Trustee has made one change to the Proposed Order. Specifically, the Trustee is seeking to modify paragraph 2 of the order to provide that the case be closed effective as of December 31, 2026, rather than effective as of the entry of the order, to allow time for certain case windup matters.

4.     Attached to this certification as <u>Exhibit A</u> is a revised proposed form of order reflecting the change described above (the "<u>Revised Proposed Order</u>").

5.     Attached to this certification as <u>Exhibit B</u> is a redline comparison of the Revised Proposed Order marked against the Proposed Order filed with the Motion.

6.     Prior to filing this certification, undersigned counsel provided a copy of this certification and the Revised Proposed Order to counsel for the Office of the United States Trustee, who advised the undersigned that they have no objection to the entry of the Revised Proposed Order.

7.     Undersigned counsel for the Trustee is available if the Court has any questions.

WHEREFORE, the undersigned, on behalf of the Trustee, respectfully requests that the Court enter the Revised Proposed Order attached hereto as <u>Exhibit A</u> and mark off the hearing on the Motion scheduled for August 10, 2026.

Dated:  August 4, 2026

Respectfully submitted,

<u>/s/ Bryan J. Hall</u>
Bryan J. Hall (No. 6285)
CHIPMAN BROWN CICERO & COLE, LLP
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
hall@chipmanbrown.com

-and-

Mark T. Power (admitted *pro hac vice*)
THOMPSON COBURN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200
(212) 478-7400 (fax)
Email: mpower@thompsoncoburn.com

*Co-Counsel for the Augustus Trustee*

2