

# Final Claims Register
Sorted by Claim Number

| Claim Number | Claim Date Filed | Debtor | Case No. | Creditor Name | Total Amount | Secured Claim Amount | Priority Claim Amount | General Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/07/2021 | Augustus Intelligence Inc. | 21-10744 | Department of Treasury - Internal Revenue Service | $0.00 | | $0.00 | $0.00 |
| 2 | 05/11/2021 | Augustus Intelligence Inc. | 21-10744 | Department of Treasury - Internal Revenue Service | $0.00 | | $0.00 | $0.00 |
| 3 | 05/17/2021 | Augustus Intelligence Inc. | 21-10744 | Business Intelligence Associates, Inc. | $9,546.12 | | | $9,546.12 |
| 4 | 05/18/2021 | Augustus Intelligence Inc. | 21-10744 | Anakin Design Studios | $34,547.25 | | | $34,547.25 |
| 5 | 05/21/2021 | Augustus Intelligence Inc. | 21-10744 | Stride Consulting LLC | $50,021.56 | | | $50,021.56 |
| 6 | 05/21/2021 | Augustus Intelligence Inc. | 21-10744 | Athorus PLLC | $11,526.00 | | | $11,526.00 |
| 7 | 05/24/2021 | Augustus Intelligence Inc. | 21-10744 | R. Bankes | $354,876.72 | | | $354,876.72 |
| 8 | 05/25/2021 | Augustus Intelligence Inc. | 21-10744 | Rdl & Partner GmbH, Germany | $49,306.79 | | | $49,306.79 |
| 9 | 05/31/2021 | Augustus Intelligence Inc. | 21-10744 | Law Offices of Navid Aminzadeh | $30,360.00 | | | $30,360.00 |
| 10 | 05/27/2021 | Augustus Intelligence Inc. | 21-10744 | MIDEX International Ltd | $30,000.00 | | | $30,000.00 |
| 11 | 05/27/2021 | Augustus Intelligence Inc. | 21-10744 | MIDEX International Ltd | $0.00 | | | Market Value of My Share |
| 12 | 06/04/2021 | Augustus Intelligence Inc. | 21-10744 | O'Toole Scrivo LLC | $104,557.50 | | | $104,557.50 |
| 13 | 06/05/2021 | Augustus Intelligence Inc. | 21-10744 | Integrated Counsel, A Spaeth Leek LLC | $2,025.00 | | | $2,025.00 |
| 14 | 06/08/2021 | Augustus Intelligence Inc. | 21-10744 | Brock CPA | $4,000.00 | | | $4,000.00 |
| 15 | 06/09/2021 | Augustus Intelligence Inc. | 21-10744 | Midex USA LLC | $0.00 | | | Market value of my share (5%) |
| 16 | 06/15/2021 | Augustus Intelligence Inc. | 21-10744 | KaiserDillon PLLC | $56,300.81 | | | $56,300.81 |
| 17 | 06/17/2021 | Augustus Intelligence Inc. | 21-10744 | AlixPartners, LLP | $355,816.00 | | | $355,816.00 |
| 18 | 06/17/2021 | Augustus Intelligence Inc. | 21-10744 | Department of Treasury - Internal Revenue Service | $12,732.17 | | $10,683.46 | $2,048.71 |
| 19 | 06/17/2021 | Augustus Intelligence Inc. | 21-10744 | Intergate.Quincy LLC | $17,510.00 | | | $17,510.00 |
| 20 | 06/22/2021 | Augustus Intelligence Inc. | 21-10744 | Dunning Rievman LLP | $150,707.49 | | | $150,707.49 |
| 21 | 06/22/2021 | Augustus Intelligence Inc. | 21-10744 | Wolfgang Haupt | $242,288.70 | | | $242,288.70 |
| 22 | 06/22/2021 | Augustus Intelligence Inc. | 21-10744 | Bank of America N.A. | $114,121.88 | $114,121.88 | | |
| 23 | 06/22/2021 | Augustus Intelligence Inc. | 21-10744 | Bradford Capital Holdings, LP | $59,701.52 | | | $59,701.52 |
| 24 | 06/22/2021 | Augustus Intelligence Inc. | 21-10744 | No Fraud LLC | $135,222.92 | | | $135,222.92 |
| 25 | 06/23/2021 | Augustus Intelligence Inc. | 21-10744 | Brock CPA | $25,345.00 | | | $25,345.00 |
| 26 | 06/23/2021 | Augustus Intelligence Inc. | 21-10744 | WTC Tower 1, LLC | $566,402.88 | | | $566,402.88 |
| 27 | 07/06/2021 | Augustus Intelligence Inc. | 21-10744 | Landstar Global Logistics Inc. | $287.00 | | | $287.00 |
| 28 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Jaws Equity Owner 113, LLC | $0.00 | | | Unliquid. - See Add. |
| 29 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Larisse SA | $0.00 | | | Unliquid. - See Add. |
| 30 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Manfred Swarovski | $0.00 | | | Unliquid. - See Add. |
| 31 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Elisabeth Swarovski | $0.00 | | | Unliquid. - See Add. |
| 32 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | KRC Beteiligungs GmbH | $0.00 | | | Unliquid. - See Add. |
| 33 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Lohengrin Beteiligungsgesellschaft mbH | $0.00 | | | Unliquid. - See Add. |
| 34 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Karl-Theodor zu Guttenberg | $0.00 | | | Unliquid. - See Add. |
| 35 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Karl-Theodor zu Guttenberg | $90,000.00 | | | 90000 plus unliquid. |
| 36 | 07/15/2021 | Augustus Intelligence Inc. | 21-10744 | Landstar Global Logistics Inc. | $0.00 | | | $0.00 |
| 37 | 08/16/2021 | Augustus Intelligence Inc. | 21-10744 | Oliv LLC | $9,750.00 | | | $9,750.00 |
| 38 | 08/25/2021 | Augustus Intelligence Inc. | 21-10744 | Mediant Communications Inc. | $8,178.69 | | | $8,178.69 |
| 39 | 08/24/2021 | Augustus Intelligence Inc. | 21-10744 | Kramer Levin Naftalis & Frankel LLP | $79,818.50 | | | $79,818.50 |
| 40 | 08/27/2021 | Augustus Intelligence Inc. | 21-10744 | Department of Treasury - Internal Revenue Service | $12,732.17 | | $10,683.46 | $2,048.71 |
| 41 | 12/30/2022 | Augustus Intelligence Inc. | 21-10744 | Patent Law Works LLP | $46,930.47 | | | $46,930.47 |

In re: Augustus Intelligence, Inc.
Case No. 21-10744 (JTD)



# Final Claims Register
Sorted Alphabetically

| Claim Number | Claim Date Filed | Debtor | Case No. | Creditor Name | Total Amount | Secured Claim Amount | Priority Claim Amount | General Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 17 | 06/17/2021 | Augustus Intelligence Inc. | 21-10744 | AlixPartners, LLP | $355,816.00 | | | $355,816.00 |
| 4 | 05/18/2021 | Augustus Intelligence Inc. | 21-10744 | Anakin Design Studios | $34,547.25 | | | $34,547.25 |
| 6 | 05/21/2021 | Augustus Intelligence Inc. | 21-10744 | Athorus PLLC | $11,526.00 | | | $11,526.00 |
| 22 | 06/22/2021 | Augustus Intelligence Inc. | 21-10744 | Bank of America N.A. | $114,121.88 | $114,121.88 | | |
| 23 | 06/22/2021 | Augustus Intelligence Inc. | 21-10744 | Bradford Capital Holdings, LP | $59,701.52 | | | $59,701.52 |
| 14 | 06/08/2021 | Augustus Intelligence Inc. | 21-10744 | Brock CPA | $4,000.00 | | | $4,000.00 |
| 25 | 06/23/2021 | Augustus Intelligence Inc. | 21-10744 | Brock CPA | $25,345.00 | | | $25,345.00 |
| 3 | 05/17/2021 | Augustus Intelligence Inc. | 21-10744 | Business Intelligence Associates, Inc. | $9,546.12 | | | $9,546.12 |
| 1 | 05/07/2021 | Augustus Intelligence Inc. | 21-10744 | Department of Treasury - Internal Revenue Service | $0.00 | | $0.00 | $0.00 |
| 2 | 05/11/2021 | Augustus Intelligence Inc. | 21-10744 | Department of Treasury - Internal Revenue Service | $0.00 | | $0.00 | $0.00 |
| 18 | 06/17/2021 | Augustus Intelligence Inc. | 21-10744 | Department of Treasury - Internal Revenue Service | $12,732.17 | | $10,683.46 | $2,048.71 |
| 40 | 08/27/2021 | Augustus Intelligence Inc. | 21-10744 | Department of Treasury - Internal Revenue Service | $12,732.17 | | $10,683.46 | $2,048.71 |
| 20 | 06/22/2021 | Augustus Intelligence Inc. | 21-10744 | Dunning Rievman LLP | $150,707.49 | | | $150,707.49 |
| 31 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Elisabeth Swarovski | $0.00 | | | Unliquid. - See Add. |
| 13 | 06/05/2021 | Augustus Intelligence Inc. | 21-10744 | Integrated Counsel, A Spaeth Leek LLC | $2,025.00 | | | $2,025.00 |
| 19 | 06/17/2021 | Augustus Intelligence Inc. | 21-10744 | Intergate.Quincy LLC | $17,510.00 | | | $17,510.00 |
| 28 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Jaws Equity Owner 113, LLC | $0.00 | | | Unliquid. - See Add. |
| 16 | 06/15/2021 | Augustus Intelligence Inc. | 21-10744 | KaiserDillon PLLC | $56,300.81 | | | $56,300.81 |
| 34 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Karl-Theodor zu Guttenberg | $0.00 | | | Unliquid. - See Add. |
| 35 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Karl-Theodor zu Guttenberg | $90,000.00 | | | 90000 plus unliquid. |
| 39 | 08/24/2021 | Augustus Intelligence Inc. | 21-10744 | Kramer Levin Naftalis & Frankel LLP | $79,818.50 | | | $79,818.50 |
| 32 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | KRC Beteiligungs GmbH | $0.00 | | | Unliquid. - See Add. |
| 27 | 07/06/2021 | Augustus Intelligence Inc. | 21-10744 | Landstar Global Logistics Inc. | $287.00 | | | $287.00 |
| 36 | 07/15/2021 | Augustus Intelligence Inc. | 21-10744 | Landstar Global Logistics Inc. | $0.00 | | | $0.00 |
| 29 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Larisse SA | $0.00 | | | Unliquid. - See Add. |
| 9 | 05/31/2021 | Augustus Intelligence Inc. | 21-10744 | Law Offices of Navid Aminzadeh | $30,360.00 | | | $30,360.00 |
| 33 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Lohengrin Beteiligungsgesellschaft mbH | $0.00 | | | Unliquid. - See Add. |
| 30 | 07/07/2021 | Augustus Intelligence Inc. | 21-10744 | Manfred Swarovski | $0.00 | | | Unliquid. - See Add. |
| 38 | 08/25/2021 | Augustus Intelligence Inc. | 21-10744 | Mediant Communications Inc. | $8,178.69 | | | $8,178.69 |
| 10 | 05/27/2021 | Augustus Intelligence Inc. | 21-10744 | MIDEX International Ltd | $30,000.00 | | | $30,000.00 |
| 11 | 05/27/2021 | Augustus Intelligence Inc. | 21-10744 | MIDEX International Ltd | $0.00 | | | Market Value of My Share |
| 15 | 06/09/2021 | Augustus Intelligence Inc. | 21-10744 | Midex USA LLC | $0.00 | | | Market value of my share (5%) |
| 24 | 06/22/2021 | Augustus Intelligence Inc. | 21-10744 | No Fraud LLC | $135,222.92 | | | $135,222.92 |
| 37 | 08/16/2021 | Augustus Intelligence Inc. | 21-10744 | Oliv LLC | $9,750.00 | | | $9,750.00 |
| 12 | 06/04/2021 | Augustus Intelligence Inc. | 21-10744 | O'Toole Scrivo LLC | $104,557.50 | | | $104,557.50 |
| 41 | 12/30/2022 | Augustus Intelligence Inc. | 21-10744 | Patent Law Works LLP | $46,930.47 | | | $46,930.47 |
| 7 | 05/24/2021 | Augustus Intelligence Inc. | 21-10744 | R. Bankes | $354,876.72 | | | $354,876.72 |
| 8 | 05/25/2021 | Augustus Intelligence Inc. | 21-10744 | Rdl & Partner GmbH, Germany | $49,306.79 | | | $49,306.79 |
| 5 | 05/21/2021 | Augustus Intelligence Inc. | 21-10744 | Stride Consulting LLC | $50,021.56 | | | $50,021.56 |
| 21 | 06/22/2021 | Augustus Intelligence Inc. | 21-10744 | Wolfgang Haupt | $242,288.70 | | | $242,288.70 |
| 26 | 06/23/2021 | Augustus Intelligence Inc. | 21-10744 | WTC Tower 1, LLC | $566,402.88 | | | $566,402.88 |

In re: Augustus Intelligence, Inc.
Case No. 21-10744 (JTD)